ORIGINAL

FILED
MAR - 5 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------X

| | | |
|---|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE<br>4200 City Avenue<br>Philadelphia, PA 19131 | : | |
| Plaintiff, | : | 07-145-C |
| v. | : | No. |
| DEFENSE SUPPLY CENTER RICHMOND a/k/a DLA (Defense Logistics Agency) RICHMOND<br>8000 Jefferson Davis Highway<br>Richmond, VA 23297 | : | |
| Defendant. | : | |

------------------------------X

## DISCLOSURE PURSUANT TO R.C.F.C. 7.1

Plaintiff Stout Road Associates, Inc. t/a Hilton Philadelphia City Avenue hereby makes its disclosure pursuant to R.C.F.C. 7.1. Stout Road Associates, Inc. has no parent corporation and there is no public corporation that owns 10% or more of its stock.

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**

Date: February 28, 2007

**BY:** ______________________

Daniel S. Bernheim, 3d, Esquire
Jonathan J. Bart, Esquire
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone: 215-569-0000
Facsimile: 215-636-3999
e-mail: jbart@wilentz.com

#2863863 (148353.005)