**CERTIFICATE OF SERVICE**

I, Jonathan J. Bart, Esquire, certify that on July 6, 2007, I caused a true and correct copy of the foregoing pleading to be served in accordance with the instructions as directed by the notice of electronic filing, upon the following:

Peter D. Keisler, Assistant Attorney General
Jeanne E. Davidson, Director
Carrie A. Dunsmore, Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 "L" Street, N.W., 8th Floor
Washington, D.C. 20530

WILENTZ, GOLDMAN & SPITZER, P.A.

BY: /s/ Jonathan J. Bart
Jonathan J. Bart, Esquire
Attorney for Plaintiff

Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone: 215-569-0000
Facsimile: 215-636-3999
e-mail: jbart@wilentz.com

#2915830 (148353.005)