## UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE<br>4200 City Avenue<br>Philadelphia, PA 19131<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE SUPPLY CENTER RICHMOND a/k/a DLA (Defense Logistics Agency) RICHMOND<br>8000 Jefferson Davis Highway<br>Richmond, VA 23297<br><br>Defendant. | No. 07-145C<br>(Judge Wheeler) |

**ORDER**

AND NOW, this ________ day of ____________, 2007, upon consideration of Defendant Defense Supply Center Richmond a/k/a DLA Richmond's Motion to Dismiss the Complaint or alternatively, for summary judgment, and the response thereto of Plaintiff Stout Road Associates, Inc., t/a Hilton Philadelphia City Avenue, it is hereby

ORDERED that the Motion is DENIED.

BY THE COURT:

______________________________ J.

#2915830 (148353.005)