**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE SUPPLY CENTER RICHMOND a/k/a DLA (Defense Logistics Agency) RICHMOND<br><br>Defendant. | No. 07-145C<br>(Judge Wheeler) |

**PLAINTIFF'S UNOPPOSED MOTION FOR THIRTY DAY EXTENSION OF TIME**

Plaintiff Stout Road Associates, Inc. t/a Hilton Philadelphia City Avenue, hereby moves this Court for an Order extending the existing discovery and briefing schedule 30 days. Counsel for plaintiff has conferred with counsel for defendant, Carrie A. Dunsmore, Esquire, who has consented to this extension. The extension is necessary due to scheduling difficulties in obtaining the depositions of the necessary witnesses. Those depositions now are scheduled to occur on October 12, 2007 with possible follow-up depositions by telephone the following week.

WHEREFORE, plaintiff requests that the unopposed motion for a 30 day extension of time for completing discovery and briefing the outstanding motion for summary judgment be granted.

Respectfully submitted,

JONATHAN J. BART, ESQUIRE
Counsel for Plaintiff

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 569-0000

#2950935 (148353.005)

**CERTIFICATE OF SERVICE**

JONATHAN J. BART, ESQUIRE, hereby certifies that he did cause a copy of the foregoing Unopposed Motion for Thirty Day Extension of Time to be served on the following per electronic filing instructions:

CARRIE A. DUNSMORE, ESQUIRE
Department of Justice, Civil Division
1100 "L" Street, N.W., 8th Floor
Washington, DC 20530

Date: October 3, 2007

Jonathan J. Bart, Esquire