# In the United States Court of Federal Claims

No. 07-145C

(Filed: October 9, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| STOUT ROAD ASSOCIATES, INC., | * |
| t/a HILTON PHILADELPHIA CITY AVENUE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

SCHEDULING ORDER

On October 4, 2007, counsel for Plaintiff submitted an unopposed motion to extend the existing discovery and briefing schedule by 30 days. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the briefing schedule is amended as follows:

1. Plaintiff shall have until November 1, 2007, to serve interrogatories, request production of documents, or to take depositions in accordance with the Court's rules, relating to the issues of actual authority, approval, or ratification, presented by Defendant's motion.

2. Upon completion of discovery, Plaintiff shall file a response to Defendant's motion, now treated as a motion for summary judgment, on or before November 29, 2007.

3. Defendant may file a reply to Plaintiff's response on or before December 13, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge