UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE SUPPLY CENTER RICHMOND a/k/a DLA (Defense Logistics Agency) RICHMOND<br><br>Defendant. | No. 07-145C<br>(Judge Wheeler) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Stout Road Associates, Inc. t/a Hilton Philadelphia City Avenue, by its undersigned counsel, hereby cross-moves for summary judgment against Defendant Defense Supply Center Richmond a/k/a DLA Richmond. In further support of this cross-motion, Plaintiff incorporates by reference the annexed Memorandum of Law.

Respectfully Submitted,

JONATHAN J. BART, ESQUIRE
Counsel for Plaintiff

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 569-0000