**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE SUPPLY CENTER RICHMOND a/k/a DLA (Defense Logistics Agency) RICHMOND<br><br>Defendant. | No. 07-145C<br>(Judge Wheeler) |

**ORDER**

AND NOW, this ________ day of ____________, 2007, upon consideration of Defendant Defense Supply Center Richmond a/k/a DLA Richmond's Motion for Summary Judgment, and the Cross-Motion of Plaintiff Stout Road Associates, Inc. t/a Hilton Philadelphia City Avenue for Summary Judgment, and the respective responses thereto, it is hereby

ORDERED that DLA Richmond's Motion for Summary Judgment is DENIED, and it is further

ORDERED that Plaintiff Hilton Philadelphia City Avenue's Cross-Motion for Summary Judgment is GRANTED. Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $18,000.00 plus interest from June 14, 2006, plus contractual attorneys' fees. Plaintiff shall submit an Affidavit of its attorneys' fees within ten (10) days of the date of this Order and Defendant shall have ten (10) days to file a response to that Affidavit.

BY THE COURT:

______________________________ J.

#2973692 (148353.005)