3

# EXHIBIT "B"

Cont'd

EXHIBIT
R-1
[illegible] 10/12/07
PENGAD 800-631-6989

# Certified Acquisition Professional

**Donna M. Rutkowski**

has successfully met the mandatory experience, education, and training standards as prescribed by the Department of Defense for professional certification at

**Level I**

in the Acquisition Career Field of

**Quality Assurance**

DEPARTMENT OF DEFENSE · UNITED STATES OF AMERICA

| | |
|---|---|
| *May 22, 2000* | *Jeffrey A. Jones* |
| Date | Certifying Official |
| | *Director, Defense Energy Support Center* |

# Defense Acquisition University

## Air Force Institute of Technology

## Certificate

*Staff Sergeant Donna M. Rutkowski*

*has successfully completed*

PQM 101 *Production and Quality Management Fundamentals*

C. E. U. 5.8

*presented by the Air Force Institute of Technology*

*Wright-Patterson Air Force Base, Ohio*

*on 30 October 1998*

President
Defense Acquisition University

Dean
Air Force Institute of Technology

# Defense Acquisition University

*Naval Center for Acquisition Training*

## Certificate

# DONNA M. RUTKOWSKI

*has successfully completed*

Fundamentals of Systems Acquisition Management - ACQ 101

C. E. U. 4.7

*presented by the Naval Center for Acquisition Training*

*Norfolk, Virginia*

13 Aug 98

Thomas M. Crean
President
Defense Acquisition University

Richard W. Graham II
Director
Naval Center for Acquisition Training

60 Years 1942 - 2002

# DEFENSE LOGISTICS AGENCY

# DEFENSE ENERGY SUPPORT CENTER

*This is to certify that*

**SSG Donna Rutkowski**

*has successfully completed*

## Quality Assurance Certification

*in the* Petroleum Commodity *skill area on* September 12, 2001

Director

Lee Oppenheim
Chief, Quality Operation Division

# *Defense Acquisition University*

*This certifies that*

**DONNA RUTKOWSKI**

*has successfully completed*

**Intermediate Systems Acquisition Course**
**(ACQ201A) Section 308**
**Completed on Date 04/06/2006**

**CEUs : 3.7**

**CLPs : 37**

**President Defense Acquisition University**

# Defense Logistics Agency

*Certificate of Training*

*This is to certify that*

DONNA M. RUTKOWSKI

*has successfully completed*

**TECHNICAL FUNCTIONS OVERVIEW (T01)**

*Given at*

DEFENSE SUPPLY CENTER COLUMBUS

COLUMBUS, OH

April 3-7, 2006

Chief, Logistics Support Division

Instructor, DTC-DTT

DLA FORM 42
FEB 62

The DLA Training Center (DTC) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 1620 I Street, NW, Suite 615, Washington, DC 20006. The DTC has awarded 4 CEU's to participants who successfully complete this program.

# Intern Quarterly Progress Report

EXHIBIT
R-2
10/12/07

Describe how the intern has progressed this quarter.

Donna Rutkowski has been doing great and has been an asset to DSCR-FACA + DSCR-FACB. The IST is happy w/ her performance and has been a good team player.

Typed Name and Signature of OJT Trainer | Date

JOHN WELCH, Tech / Quality Supervisor FAECA, FAECB 10/05/06
Typed Name and Signature of Floor Supervisor | Date

LIBETH DE LOS SANTOS DSCR-VGA 10/05/06
Typed Name and Signature of Functional Supervisor | Date

**Rating Code (Circle One):

1. Fully Satisfactory (circled) 2. Needs Improvement 3. Unsatisfactory

Date Performance Discussed with Intern 10/05/06

*Note: Date to be entered only by the Floor or Functional Supervisor responsible for discussing performance with the intern*

Supervisor Section Page 6

EXHIBIT
R-3
BAB 10/12/07

# Intern Quarterly Progress Report

Describe how the intern has progressed this quarter.

Donna has been given a Term Digit workload that has enabled her to demonstrate her ability work independently in Quality assurance area With her own workload, She has gained valuable experience ~~with~~ working with PQDR'S, SDR'S, 339's RSW's and all the situations they are encountered when working with - She has touched many new areas Donna has progress very well this Quarter.

Typed Name and Signature of OJT Trainer Date

John Welch
JOHN WELCH, Tech / Quality Supervisor FAECA, FAECB
Typed Name and Signature of Floor Supervisor

1/8/07
Date

LIBETH DE LOS SANTOS DSCR-VGA
Typed Name and Signature of Functional Supervisor Date

**Rating Code (Circle One):

1. Fully Satisfactory (circled)
2. Needs Improvement
3. Unsatisfactory

Date Performance Discussed with Intern ____________

*Note: Date to be entered only by the Floor or Functional Supervisor responsible for discussing performance with the intern*

Supervisor Section Page 6

EXHIBIT
R-4
PENGAD 800-631-6989
RGB 10/12/07

# Intern Quarterly Progress Report

## Floor and Functional Supervisor/Intern Center POC Assessment

Name of Intern Donna m. Rutkowski Period of Training 04/01/2007-06/30/2007

Please answer the following questions by circling the appropriate level for each. Make comments, as appropriate, in accordance with the intern's level of training and stage of the Corporate Intern Program.

| When given the opportunity, the intern..... | Satisfactory | Needs Improvement | Unsatisfactory | N/A |
|---|---|---|---|---|
| 1. works at grade level commensurate to the current training phase of the program. | (1) | 2 | 3 | N/A |
| 2. participates in team projects and contributions are beneficial to the team or mission. | (1) | 2 | 3 | N/A |
| 3. follows established leave policies. If NO, please list the instances and explanations below under comments. | (1) | 2 | 3 | N/A |
| 4. arrives on time for work. If tardiness is recurring, please list the instances and explanations below under comments. | (1) | 2 | 3 | N/A |
| 5. demonstrates effective communication skills. | (1) | 2 | 3 | N/A |
| 6. interacts professionally with internal and external customers. | (1) | 2 | 3 | N/A |
| 7. demonstrates the ability to apply acquired concepts/theory to practical application. | (1) | 2 | 3 | N/A |
| 8. performs independent tasks commensurate to intern's level of training. | (1) | 2 | 3 | N/A |
| 9. displays organizational and planning skills. | (1) | 2 | 3 | N/A |
| 10. seeks guidance from experienced specialists when appropriate. | (1) | 2 | 3 | N/A |
| 11. demonstrates adaptability and flexibility. | (1) | 2 | 3 | N/A |
| 12. demonstrates positive customer relationships. | (1) | 2 | 3 | N/A |
| 13. analyzes problems and risks and makes appropriate decisions. | (1) | 2 | 3 | N/A |
| 14. exhibits initiative to gain greater knowledge. | (1) | 2 | 3 | N/A |
| 15. meets production goals/milestones established by the unit | (1) | 2 | 3 | N/A |

**Comments:**

Donna is very outgoing, bright and an excellent worker. She seeks additional responsibility and tasks and is eager to learn and work. She has been a valuable asset to the Instrumentation IST'S I + II.

GOV-58

EXHIBIT
R-5
BB 10/12/07
PENGAD 800-631-6989

# Student's Schedule

[redacted]

| coursename | startdate | enddate | room# | crslocation |
|---|---|---|---|---|
| Drawings Dimensions, and Tolerancing | 3/6/2006 | 3/10/2006 | Homewood | Richmond, VA |
| ISO 9000 and Other Quality Systems Standards | 3/21/2006 | 3/23/2006 | Quality Inn | Richmond, VA |
| Orientation | 3/27/2006 | 3/31/2006 | Jade 801/Ruby/Opal | Columbus, OH |
| Technical Functions Overview | 4/3/2006 | 4/7/2006 | Room 913 | Columbus, Ohio |
| Specifications and Standards | ~~5/15/2006~~ 10/2/06 | ~~5/17/2006~~ 10/6/06 | 5 A, J | ~~Philadelphia, PA~~ Richmond |
| 339 Training | 5/18/2006 | 5/19/2006 | 2-c-2 | ~~Philadelphia, PA~~ |
| Basic Statistics | 6/20/2006 | 6/23/2006 | Homewood | Richmond, VA |
| Statistical Quality Control | 7/10/2006 | 7/21/2006 | 5 A & J | Philadelphia, PA |
| DSC Technical Writing | 8/15/2006 | 8/16/2006 | Classroom 3 | Richmond, VA |
| DSC Quality Assurance | 9/11/2006 | 9/15/2006 | | Richmond, VA |

reschedule

Kim Morgan
LMS - ALL course ~~Nap Walker~~ as Supervios

EXHIBIT
R-6
PENGAD 800-631-6989
Rag 10/12/07

**Rutkowski, Donna M (DSCR)**

**From:** De Los Santos, Lilibeth B (DSCR)
**Sent:** Friday, April 28, 2006 4:29 PM
**To:** Rutkowski, Donna M (DSCR)
**Cc:** Herpel, Rowland R (DSCR)
**Subject:** RE: Trip to Philadelphia

Thanks

Lilibeth

---

From: Rutkowski, Donna M (DSCR)
Sent: Friday, April 28, 2006 12:45 PM
To: De Los Santos, Lilibeth B (DSCR)
Cc: Herpel, Rowland R (DSCR)
Subject: Trip to Philadelphia

Lilibeth,

I have made block 15 rooms with my credit card to Valley Forge Hilton, and provide them with all fifteen names. Class 06A Intern will use their card, when they check-in to hotel on May 14th. Also, on Friday May 12, "Q" and I will go to Motor Pool and pick-up the two vans for trip on Sunday.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349



GOV-45

EXHIBIT
R-7
PENGAD 800-631-6989
BOB 10/12/07

**Herpel, Rowland R (DSCR)**

From: Latker, Pam (DTC)
Sent: Monday, April 24, 2006 10:13 AM
To: Rutkowski, Donna M (DSCR)
Cc: De Los Santos, Lilibeth B (DSCR); Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR)
Subject: RE: TDY trip May 14 to Philadelphia

Attachments: image001.jpg

Donna,

I would recommend you make individual reservations. The hotel that usually can accommodate groups is the Doubletree Hotel on Roosevelt Ave (Route 1). The phone number is 215-671-9600.

Pam

Pam Latker

DLA Training Center

Phone: 614-692-5999 DSN 850-5999

FAX: 614-692-6216 or 5940

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, April 24, 2006 9:01 AM
To: Latker, Pam (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Rutkowski, Donna M (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR)
Subject: FW: TDY trip May 14 to Philadelphia

Good Morning Ms. Latker,

I received out of office reply from Mr. Walker. I'd contacted Homewood Suites, and do not have any room available at government rate. Is there another hotel to use or does DTC have block room reservations for Richmond and Columbus QA Interns for May 14 - 19, 2006?



GOV-1

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, April 24, 2006 8:07 AM
To: Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR)
Subject: FW: TDY trip May 14 to Philadelphia

Good Morning Mr. Walker,

Lilibeth wanted me to make block room reservation for Philadelphia trip. I do not have any authorization code to give a hotel. So, I guess we all make reservation at various hotel and hope that we get the majority of interns (15) in the same hotel. Your guidance and direction is highly appreciate on which way we needs to go.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, April 17, 2006 9:53 AM
To: Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Rutkowski, Donna M (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR)
Subject: TDY trip May 14 to Philadelphia

Good Morning Mr. Walker,

Class 06A will be going to Philadelphia on May 14, 2006, and will DTC reserve block of rooms at local hotel or should we make own? Your recommendation is appreciate.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

**Herpel, Rowland R (DSCR)**

**From:** De Los Santos, Lilibeth B (DSCR)
**Sent:** Friday, April 28, 2006 4:29 PM
**To:** Rutkowski, Donna M (DSCR)
**Cc:** Herpel, Rowland R (DSCR)
**Subject:** RE: Trip to Philadelphia

Thanks

Lilibeth

---

From: Rutkowski, Donna M (DSCR)
Sent: Friday, April 28, 2006 12:45 PM
To: De Los Santos, Lilibeth B (DSCR)
Cc: Herpel, Rowland R (DSCR)
Subject: Trip to Philadelphia

Lilibeth,

I have made block 15 rooms with my credit card to Valley Forge Hilton, and provide them with all fifteen names. Class 06A Intern will use their card, when they check-in to hotel on May 14th. Also, on Friday May 12, "Q" and I will go to Motor Pool and pick-up the two vans for trip on Sunday.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349



GOV-4

## Herpel, Rowland R (DSCR)

**From:** Jaret Lyons [Jaret_Lyons@hilton.com]
**Sent:** Monday, April 24, 2006 6:15 PM
**To:** Rutkowski, Donna M (DSCR)
**Subject:** Hilton Philadelphia City Avenue / DLA Richmond /

**Attachments:** DLA RICHMOND CONTRACT JULY 2006.PDF

DLA RICHMOND
ONTRACT JULY 200.

Donna,

Thank you again for your call today. As promised, attached is a contract for guest rooms at the Hilton Philadelphia City Avenue. As discussed, the agreement calls for the hotel to block 15 rooms per night for the nights of July 9th to July 21, 2006 at the Gov't per Diem of $125 per night. Please sign and return to my attention at 215-879-9020. Feel free to call with any questions at 215-879-3399 ext 2019.

Thank you!

Jaret Lyons

---

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com
www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>
<http://www.philadelphiacityavenue.hilton.com>
www.philadelphiacityavenue.homewoodsuites.com
<http://www.philadelphiacityavenue.hilton.com>
<http://www.philadelphiacityavenue.homewoodsuites.com>



GOV-5

**Herpel, Rowland R (DSCR)**

From: Jaret Lyons [Jaret_Lyons@hilton.com]
Sent: Monday, April 24, 2006 5:35 PM
To: Rutkowski, Donna M (DSCR)
Subject: Hilton Philadelphia City Avenue

Attachments: image001.jpg

image001.jpg (3 KB)

Hi Donna,

Thank you for your call today! As promised, I will be working on putting together a room block for fifteen rooms per night from July 9th to July 21st at the Government per Diem of $125 per night. I will send you a contract from the Hilton Philadelphia City Avenue before I leave the office today. In the interim, please do not hesitate to call with any questions.

Thank you!

Jaret Lyons

---

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com
www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>
<http://www.philadelphiacityavenue.hilton.com>
www.philadelphiacityavenue.homewoodsuites.com
<http://www.philadelphiacityavenue.hilton.com>
<http://www.philadelphiacityavenue.homewoodsuites.com>



GOV-6

## Herpel, Rowland R (DSCR)

**From:** Herpel, Rowland R (DSCR)
**Sent:** Monday, May 08, 2006 8:25 AM
**To:** Rutkowski, Donna M (DSCR); Walker, Napoleon (DTC)
**Cc:** De Los Santos, Lilibeth B (DSCR); Latker, Pam (DTC); France, Stella F (DTC)
**Subject:** RE: Trip to Philadelphia

To all,

I sent one more email to Tracey O'Hanlan, the DSCR classroom monitor, to see if we can get a computer classroom. Since we're in-between roll-outs, there may be a chance one becomes available. If not, I recommend the class(s) be postponed until the next fiscal year.

Rick Herpel

DSCR-VGA

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, May 08, 2006 7:06 AM
To: Herpel, Rowland R (DSCR); Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Latker, Pam (DTC)
Subject: FW: Trip to Philadelphia

Mr. Herpel and Mr. Walker,

Lilibeth is in training this week. Do I need to re-schedule any rooms and GOV or cancel everything straight out. I'll wait on your decision and instruction, before I go any further with this matter.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

---

From: Rutkowski, Donna M (DSCR)
Sent: Friday, April 28, 2006 12:45 PM
To: De Los Santos, Lilibeth B (DSCR)
Cc: Herpel, Rowland R (DSCR)
Subject: Trip to Philadelphia

Lilibeth,



GOV-7

EXHIBIT
R-8
10/12/07

Hilton
Philadelphia City Avenue

4200 CITY AVENUE • PHILADELPHIA, PA 19131 • 215-879-4000 PHONE • 215-879-0020 FAX

*A satisfied customer is our goal. Admittedly, we believe that if you feel like we delivered the service and product we promised, it is likely you will return and you will tell others about your positive experience.*

## LETTER OF AGREEMENT BETWEEN HILTON PHILADELPHIA CITY AVENUE AND DLA RICHMOND

**Date Prepared:** 04/24/06
**Group Name:** DLA Richmond / DSCP
**Group Contact:** Donna Rutkowski
**Address:** 8000 Jefferson Davis Highway
Richmond, VA 23297
**Telephone:** 804-279-5349
**Arrival:** 07/09/2006
**Departure:** 07/21/2006

**DLA Richmond (Group)** and **Hilton Philadelphia City Avenue (Hotel)** agree as follows:

The Hotel agrees to hold the rooms listed below on a tentative basis until **05/04/2006.** If the Hotel and the Group do not have a full executed contract by this date, the Hotel will release the space for sale to the public.

ROOM BLOCK

| ROOM TYPE | RATE | 07/09/2006 | 07/10/2006 | 07/11/2006 | 07/12/2006 |
|---|---|---|---|---|---|
| | | Sunday | Monday | Tuesday | Wednesday |
| Run of House | $125.00 | 15 | 15 | 15 | 15 |
| Total Rooms | | 15 | 15 | 15 | 15 |
| ROOM TYPE | RATE | 07/13/2006 | 07/14/2006 | 07/15/2006 | 07/16/2006 |
| | | Thursday | Friday | Saturday | Sunday |
| Run of House | $125.00 | 15 | 15 | 15 | 15 |
| Total Rooms | | 15 | 15 | 15 | 15 |
| ROOM TYPE | RATE | 07/17/2006 | 07/18/2006 | 07/19/2006 | 07/20/2006 |
| | | Monday | Tuesday | Wednesday | Thursday |
| Run of House | $125.00 | 15 | 15 | 15 | 15 |
| Total Rooms | | 15 | 15 | 15 | 15 |
| TOTAL ROOM NIGHTS RESERVED: 180 | | | | | |

ROOM RATES:
All rates are net, non-commissionable and are subject to state and local taxes currently assessed at 14%.

ROOM RESERVATION PROCEDURE:
ROOMING LIST The Hotel understands that room reservations will be made via a rooming list. The rooming list is due no later than 5pm EST on **06/18/2006.** The list should include the

name of the attendees, the arrival and departure dates, and if available, the times of arrival and departure. In the event the list is not received by the date established, the Hotel reserves the right to release all unreserved accommodations for the purpose of resell. Reservations received after these dates are subject to space availability and at prevailing room rates.

**RESERVATION GUARANTEE:**
INDIVIDUAL GUARANTEE All room reservations must be guaranteed for late arrival and secured with a major credit card or a deposit equal to the first night's room and tax. Failure to cancel a guaranteed reservation 48 hours prior to day of arrival will result in a charge of one night's room and tax applied to the credit card or forfeiture of the deposit.

**CUT-OFF DATE:**
The room block, as previously outlined, will be held until **06/18/2006** at which time all rooms not reserved will be released for general sale. Reservations received after this date will be accepted on a space and rate available basis. If the group rate is not available after this date, the prevailing rates will apply for any reservations confirmed.

**CHECK IN/CHECK OUT:**
The Hotel's check in time is after 3:00pm Eastern Standard Time, and check out is by 12:00pm Eastern Standard Time. Guests arriving prior to 3:00pm will be accommodated as rooms become available. The Front Desk can arrange to check baggage for those arriving early when rooms are not available.

**FOOD, BEVERAGE, AND MEETING SPACE:**
At this time, the Hotel is not holding any function space for your Group.

**TERMS & CONDITIONS:**
The following Terms and Conditions, attached Schedule of Events and any addendum apply. By signing this contract, the Group agrees to these terms.

**CANCELLATION CLAUSE:**
The Group agrees that should it cancel this commitment the actual damages may be difficult to determine. The following schedule represents a reasonable effort on behalf of the Hotel to establish their actual damages to be paid by the Group for cancellation of this contract.

1. Cancellation of this agreement from date of signing contract up to one (1) year of the contracted event dates, the Group will be assessed forty percent (40%) of the anticipated gross revenue derived from sleeping rooms.

2. Cancellation of this agreement less than one (1) year prior to the contracted event dates, the Group will be assessed eighty percent (80%) of the anticipated gross revenue derived from sleeping rooms.

**ATTRITION CLAUSE:**
Under the terms of this agreement, and in accordance with the information the Group has provided, the Hotel has taken out of its inventory the sleeping room block as outlined herein.

The revenues the Hotel expects to realize under this agreement are based upon full usage of Group's sleeping room block at rates established herein. Should the Hotel not realize these minimums, the parties agree it may be difficult to determine the Hotel's actual loss. Accordingly, the parties agree that the following attrition scale will apply, that it represents a reasonable effort on behalf of the Hotel to establish its loss prospectively and that it shall represent liquidated damages.

For the purpose of attrition and cancellation, the anticipated room revenue is assessed at **$22,500.**

| Percentage of Total Anticipated Room Revenue from Group | | | Percentage of Total Anticipated Room Revenue due to the Hotel |
|---|---|---|---|
| 80% | to | 100% | 0% |
| 60% | to | 79% | 20% |
| 40% | to | 59% | 40% |
| 20% | to | 39% | 60% |

**TERMINATION CLAUSE:**
This Contract is subject to termination for cause without liability to the terminating party under any of the following conditions:

1. The party's performance under this contract is subject to acts of God, terrorism as it relates to travel restrictions, war as it relates to travel restrictions, quarantine restrictions, government regulation, civil disorder, disaster, strikes, or any other emergency beyond the party's control, making it illegal or which materially affects a party's ability to perform its obligations under this contract. Either party may terminate this contract for any one or more of such reasons upon written notice to the other party within three (3) days of such occurrence or receipt of notice of any of the above occurrences.

2. In the event that either party shall make a voluntary or involuntary assignment for the benefit of creditors or enter into bankruptcy proceedings, become insolvent or subject to foreclosure, or take any other action for the benefit of creditors or relief of debtors prior to the date of the Group's meeting, the other party shall have the right to cancel this contract without liability upon written notice to the other.

**INDEMNIFICATION AND HOLD HARMLESS:**
The Hotel and the Group each agree to defend, indemnify, and hold harmless the other party's owner, and their respective employees and against from and against all claims, actions or causes of action, liabilities, including attorneys' fees and costs arising from the defense of any claim, action, cause of action or liabilities arising out of or resulting from any act taken or committed by the Hotel or the Group pursuant to the performance of each party's obligations hereunder. The Hotel and the Group each agree to defend, indemnify and hold harmless the other party of any claim, action, cause of action and liabilities which may be asserted by third parties arising out of the performance of either party's obligations to this contract, except for the willful misconduct or gross negligence of the other party.

**AMERICANS WITH DISABILITIES:**
The Hotel represents and the Group acknowledges that in accordance with the compliance dates established or required under Title III of the Americans with Disabilities Act and the regulations promulgated thereunder ("ADA"), the Hotel facilities being used by the Group under this agreement, its guest rooms and common areas will be in compliance with the public accommodation requirements of the ADA.

The Group agrees it will furnish to the Hotel a list of any auxiliary aids needed in any meeting rooms or function space by its attendees. Should such auxiliary aids be required, the Group shall pay all charges associated with the acquisition, rental or provision of such aids.

**SIGNATURE:**

This contract constitutes a binding agreement between both parties and may not be amended or changed unless done so in writing and signed by the Hotel and Group. In the event an addendum is attached and there are any contradictions or duplications in terms, this original document will prevail. Oral modifications to this written contract, even if allowed by law, will not be considered binding.

The undersigned represent that they are authorized to sign and enter into this contract.

Group Authorized Representative

Donna Rutkowski
Quality Tech
DLA Richmond

4/25/06
Date

Hotel Authorized Representative

Jaret Lyons
Director of Sales & Marketing
Hilton Philadelphia City Avenue

4/25/06.
Date

EXHIBIT
PENGAD 800-631-6989
R-9
DB 10/12/07

**Rutkowski, Donna M (DSCR)**

| | |
|---|---|
| **From:** | DefenseTravelSystem@dtsproext01.defensetravel.osd.mil |
| **Sent:** | Tuesday, May 09, 2006 2:05 PM |
| **To:** | Rutkowski, Donna M (DSCR) |
| **Subject:** | Defense Travel System Travel Document Cancellation Notice! |

Dear DONNA M. RUTKOWSKI,

Your Authorization named DRPHILADELPHI051406_A01-02 with authorization number 0P5GF1 was stamped

CANCELLED by ROWLAND R HERPEL JR.

To log into DTS, select the following link: http://www.defensetravel.osd.mil.

For assistance with DTA processes, policies and procedures, please refer to the

Training Materials Module, which can be located at

http://www.defensetravel.osd.mil/dts/site/trainingmanuals.jsp.

EXHIBIT
PENGAD 800-631-6989
R-10
SoB 10/12/07

**Bianchini, Gian C (DTC)**

**From:** De Los Santos, Lilibeth B (DSCR)
**Sent:** Tuesday, June 13, 2006 4:35 PM
**To:** Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Rutkowski, Donna M (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR)
**Cc:** Leto, Richard (DTC); Morgan, Kimberly (DTC); Walker, Napoleon (DTC); Bianchini, Gian C (DTC); De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR); Rodriguez, Hector (DSCP)
**Subject:** FW: Statistical Quality Control Class moved to Richmond

**Attachments:** Course Roster.rtf

Course Roster.rtf
(4 KB)

Statistical Quality Control has been moved from Philadelphia to Richmond. See Attachment.

Thanks,
Lilibeth

-----Original Message-----
From: Walker, Napoleon (DTC)
Sent: Tuesday, June 13, 2006 3:24 PM
To: Leto, Richard (DTC); Morgan, Kimberly (DTC)
Cc: Bianchini, Gian C (DTC); De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR); Rodriguez, Hector (DSCP)
Subject: Statistical Quality Control Class moved to Richmond

EXHIBIT
R-11
BSB 10/12/07
PENGAD 800-631-6989

**Herpel, Rowland R (DSCR)**

From: Rutkowski, Donna M (DSCR)
Sent: Thursday, June 15, 2006 7:58 AM
To: 'Jaret Lyons'
Cc: Herpel, Rowland R (DSCR); De Los Santos, Lilibeth B (DSCR)
Subject: RE: Reservation for July 9 - 21, 2006

Jaret Lyons,

I'd missed interpret contract and agreement for serving sleeping rooms for fifteens individuals, who were having a class located at Defense Supply Center Philadelphia for two weeks. We just found out late Tuesday's afternoon that the class was scheduled by instructor, which was unfortunate. We are Department of Defense government employees, and I tried to set-up rooms for fifteen personnel and instead of everyone making individuals reservation for convinces.

Donna M. Rutkowski

Product Specialist Intern

804.279.4902

---

From: Jaret Lyons [mailto:Jaret_Lyons@hilton.com]
Sent: Wednesday, June 14, 2006 6:29 PM
To: Rutkowski, Donna M (DSCR)
Cc: De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR)
Subject: RE: Reservation for July 9 - 21, 2006

Donna,

Thank you for your e-mail. I am sorry to hear that the room reservations are no longer needed as we were holding these rooms aside for your group's usage in July. Please note, as per our contract executed on 4/25/06, "the cancellation of these guest rooms less than one (1) year prior to the contracted event dates, the Group will be assessed eighty percent (80%) of the anticipated gross revenue derived from sleeping rooms". The anticipated gross revenue derived from sleeping rooms is $22,500 ($125 x 180 room nights) x 80% = $18,000 owed in cancellation damages.

Kindly let me know to whose attention I should send the invoice to.

Thank you.

Jaret Lyons

---

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com

www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>

<http://www.philadelphiacityavenue.hilton.com>
www.philadelphiacityavenue.homewoodsuites.com
<http://www.philadelphiacityavenue.hilton.com>

<http://www.philadelphiacityavenue.homewoodsuites.com>

-----Original Message-----
From: Rutkowski, Donna M (DSCR) [mailto:Donna.Rutkowski@dla.mil]
Sent: Wednesday, June 14, 2006 8:33 AM
To: Jaret Lyons
Cc: De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR)
Subject: Reservation for July 9 - 21, 2006

Good Morning Jaret,

The room reservations for DLA Richmond/DSCP for 15 for July 9 - 21, 2006 need to be cancel at this time. I'd appreciated your time and effort for setting and saving these rooms for us. I hope in the future, we may do business with you again.

Donna M. Rutkowski

Quality Assurance Product Specialist
Defense Supply Center Richmond (DSCR <http://today.dla.mil/dscr> )
Defense Logistics Agency (DLA <http://www.dla.mil/> )
* Ph# : 804-279-4902 DSN: 695-4902

7 FAX: 804.279.5046

* Email: donna.rutkowski@dla.mil <mailto:donna.rutkowski@dla.mil>

EXHIBIT
PENGAD 800-631-6989
R-12
BaB 10/12/07

**Rutkowski, Donna M (DSCR)**

**From:** Rutkowski, Donna M (DSCR)
**Sent:** Thursday, June 15, 2006 6:40 AM
**To:** Herpel, Rowland R (DSCR)
**Cc:** De Los Santos, Lilibeth B (DSCR)
**Subject:** FW: Reservation for July 9 - 21, 2006

Rick,

Who do I need to send this request to be fix?

Donna

---

From: Jaret Lyons [mailto:Jaret_Lyons@hilton.com]
Sent: Wednesday, June 14, 2006 6:29 PM
To: Rutkowski, Donna M (DSCR)
Cc: De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR)
Subject: RE: Reservation for July 9 - 21, 2006

Donna,

Thank you for your e-mail. I am sorry to hear that the room reservations are no longer needed as we were holding these rooms aside for your group's usage in July. Please note, as per our contract executed on 4/25/06, "the cancellation of these guest rooms less than one (1) year prior to the contracted event dates, the Group will be assessed eighty percent (80%) of the anticipated gross revenue derived from sleeping rooms". The anticipated gross revenue derived from sleeping rooms is $22,500 ($125 x 180 room nights) x 80% = $18,000 owed in cancellation damages.

Kindly let me know to whose attention I should send the invoice to.

Thank you.

Jaret Lyons

---

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com

www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>

EXHIBIT
PENGAD 800-631-6989
R-13
BaB 10/12/07

**Herpel, Rowland R (DSCR)**

From: Herpel, Rowland R (DSCR)
Sent: Friday, June 16, 2006 6:26 AM
To: Rutkowski, Donna M (DSCR); De Los Santos, Lilibeth B (DSCR)
Subject: FW: Reservation for July 9 - 21, 2006

I'm in Business Reviews most of the day today. Please do not call Mr. Lyons. I spoke to him Thursday afternoon and he will get back to me sometime today.

Rick Herpel

---

From: Rutkowski, Donna M (DSCR)
Sent: Thursday, June 15, 2006 7:58 AM
To: 'Jaret Lyons'
Cc: Herpel, Rowland R (DSCR); De Los Santos, Lilibeth B (DSCR)
Subject: RE: Reservation for July 9 - 21, 2006

Jaret Lyons,

I'd missed interpret contract and agreement for serving sleeping rooms for fifteens individuals, who were having a class located at Defense Supply Center Philadelphia for two weeks. We just found out late Tuesday's afternoon that the class was scheduled by instructor, which was unfortunate. We are Department of Defense government employees, and I tried to set-up rooms for fifteen personnel and instead of everyone making individuals reservation for convinces.

Donna M. Rutkowski

Product Specialist Intern

804.279.4902

---

From: Jaret Lyons [mailto:Jaret_Lyons@hilton.com]
Sent: Wednesday, June 14, 2006 6:29 PM
To: Rutkowski, Donna M (DSCR)
Cc: De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR)
Subject: RE: Reservation for July 9 - 21, 2006

Donna,

Thank you for your e-mail. I am sorry to hear that the room reservations are no longer needed as we were holding these rooms aside for your group's usage in July. Please note, as per our contract executed on 4/25/06, "the cancellation of these guest rooms less than one (1) year prior to the contracted event dates, the Group will be assessed eighty percent (80%) of the anticipated gross revenue derived from sleeping rooms". The



GOV-12

anticipated gross revenue derived from sleeping rooms is $22,500 ($125 x 180 room nights) x 80% = $18,000 owed in cancellation damages.

Kindly let me know to whose attention I should send the invoice to.

Thank you.

Jaret Lyons

---

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com

www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>

<http://www.philadelphiacityavenue.hilton.com>
www.philadelphiacityavenue.homewoodsuites.com
<http://www.philadelphiacityavenue.hilton.com>

<http://www.philadelphiacityavenue.homewoodsuites.com>

-----Original Message-----
From: Rutkowski, Donna M (DSCR) [mailto:Donna.Rutkowski@dla.mil]
Sent: Wednesday, June 14, 2006 8:33 AM
To: Jaret Lyons
Cc: De Los Santos, Lilibeth B (DSCR); Herpel, Rowland R (DSCR)
Subject: Reservation for July 9 - 21, 2006

Good Morning Jaret,

The room reservations for DLA Richmond/DSCP for 15 for July 9 – 21, 2006 need to be cancel at this time. I'd appreciated your time and effort for setting and saving these rooms for us. I hope in the future, we may do business with you again.

Donna M. Rutkowski

Quality Assurance Product Specialist
Defense Supply Center Richmond (DSCR <http://today.dla.mil/dscr> )
Defense Logistics Agency (DLA <http://www.dla.mil/> )
* Ph# : 804-279-4902 DSN: 695-4902

7 FAX: 804.279.5046

* Email: donna.rutkowski@dla.mil <mailto:donna.rutkowski@dla.mil>

EXHIBIT
R-14
10/12/07

BEFORE THE
UNITED STATES COURT OF FEDERAL CLAIMS

Stout Road Associates, Inc.
t/a Hilton Philadelphia City Avenue

v.

United States

Fed. Cl. No. 07-015C

## DECLARATION OF DONNA M. RUTKOWSKI

I, Donna M. Rutkowski, declare as follows:

1. I am a Quality Assurance (QA) Specialist intern under the Defense Logistics Agency's Intern Development Program. I am stationed at Defense Supply Center Richmond. I have been a QA Specialist intern since January of 2006

2. As a QA Specialist intern, I am in job series 1910 under the federal personnel system. The Position Description for my job is attached to this declaration.

3. As a QA Specialist intern, I have no authority to enter into contracts on behalf of the Government.

4. On April 24, 2007, I called Plaintiff's Hilton Philadelphia City Avenue Hotel to inquire about the availability of rooms at the hotel for myself and 14 other QA Specialist interns. The purpose of our travel was to attend a two-week training at the Defense Supply Center Philadelphia from July 10, 2007 to July 21, 2007.

5. On April 24, 2006, the hotel faxed me a Letter of Agreement holding a block of 15 rooms for the period of July 9 - 21, 2007 at the Government rate of $125 per night per room, totaling $22,500.

6. On April 25, 2006, I signed the Letter of Agreement. I informed my supervisor, Ms. Lilibeth de los Santos, that I had made hotel reservations for all of the interns.

7. On June 14, 2006, Ms. de los Santos informed me that the two-week class scheduled for July had been cancelled. That day, I emailed the hotel to inform it that the 15 room reservations for July 9 – 21, 2006 would need to be cancelled.

8. On June 15, 2006, the hotel replied by email and asserted its entitlement to $18,000 in cancellation fees. I reported this to Ms. de los Santos and my second-line supervisor, Mr. Rowland Herpel. Mr. Herpel advised me to cease further communications with the hotel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Richmond, Virginia on May 29, 2007.

DONNA M. RUTKOWSKI
Quality Assurance Specialist Intern