# EXHIBIT "D"

cont'd

conference centers or restaurants in the time period of 2006?

A. Well, if you are talking about -- we have 768 interns. Are you talking just about Richmond or -- we have interns scattered all over the country.

Q. Well, my question, obviously, since this involves DLA Richmond and the contract is with DLA Richmond. That was the provision put in the notice, but if it is somebody in DTC who would be responsible for their travel arrangements and would have knowledge of the documentation that goes back and forth, who would that be?

A. The scheduling of conferences, meeting and planning sessions that would be in Richmond would be each one of my career program administrators schedule for their different interns.

Q. Who would that be with respect to Donna Rutkowski in Quality Assurance?

A. At the time the scheduling was Napoleon Walker, but then he left that position and Kim Morgan took over. He was transitioning out and she was transitioning in.

Q. First Napoleon Walker, and then who?

A. Kim Morgan took over in June.

Q. Okay. And do you know of any e-mails, communications or documents, other than what you have before you, in which either Napoleon Walker or Kim Morgan either made travel arrangements or provided policies with respect to travel arrangements to the interns?

A. No. We would not have even done reporting instructions for the interns until it would have been closer in to the actual dates of those classes. So, those are usually done 30 to 45 days out. But, again, let me remind you we have supply and contract -- we have interns, not just quality interns in Richmond. We probably have about 150 interns out there.

Q. All right.

A. With different Career Program Administrators assigned to each group.

Q. But is it fair to say that with respect to a training session, such as the one which was scheduled in Philadelphia, that it was the responsibility of each intern group to make their own reservations, own hotel reservations?

A. For that event, for any training events, outside of couple ones where we bring all of

the interns together, yes, it is their responsibility to make their own individual travel arrangements.

Q. Let's talk about the ones where you bring everyone together. At the prior depositions there was reference to one that occurred out in Ohio. Are you familiar with that?

A. Yes.

Q. Why don't you discuss briefly when that occurred and how that was arranged?

A. Sure. We do it for each of our orientations. The one that Donna Rutkowski attended was the last week in March. We had that in Columbus, Ohio. We look at where all the interns are at and determine whether we need one or two orientations. Once we get our arrangements set up, which, again, we usually do some -- right around the time we know how many interns are coming on board. And our date was probably February 7th.

Prior to that we try to figure out how many interns are coming on board and we make the arrangements. For this particular class it was more cost-effective to bring them to Columbus. We then supplied them, once they came on board, with travel training, and then we had the interns -- we gave them

reporting instructions to come out to Columbus. We make a block of rooms for the interns with a hotel, but, again, we do not sign contracts. We make a block of rooms with the expectation the interns will call with their travel government personal card, and if they don't do so by a certain date those reservations are canceled. They open their reservations up.

Q. All right. And you have -- I think your attorney stated that you have no documents at all regarding the hotel reservations for that conference?

A. No. You mean with the hotel, no.

Q. All right. When you say we would have made them, who is we in this case?

A. I work along with -- usually I have a Career Program Administrator assigned to the orientation, and that individual would work on setting up the arrangements for the orientation, working with me.

Q. And do you recall who did what with respect to the 2006 Ohio conference we are discussing?

A. Yes. I know who would have made, you know, the reservations working would me. Yes, I have a Career Program Administrator that would have made those reservations.

Q. All right. And who would that have been?

A. That would have been Karla Hendry.

Q. Could you spell her name, please?

A. K-A-R-L-A, H-E-N-D-R-Y.

Q. All right. And what exactly did she do?

A. What she did was she would have called the hotel to make the arrangements, and told them the exact block of rooms that we needed, and they would have held that block of rooms. They gave us a date they would have those released. So, we are not scheduling any conference facility of anything for us, because that is done on base.

Q. Do you know what hotel this was?

A. Yes. It would have been the -- I think it should have been the Staybridge Hotel. I'll have to look. I think it was the Staybridge Hotel.

Q. Okay. And it is your testimony that they would have reserved a block of rooms for a conference --

A. Well --

Q. -- without any written contract?

A. Yes.

Q. Okay. When was the scheduling of this? Do you know?
A. It would have been the end of March.
Q. 2006?
A. Yes.
Q. How were the rooms held?
A. They were just held. It was probably called DLA Corporate Interns, and the interns are told to call in and they can make a room reservation. They would give us guidance how many interns made their reservations number-wise, and what we were still lacking. Then we would send out messages to the interns as a reminder.
Q. Okay.
A. But there was nothing ever reserved with any sort of credit card or purchasing card.
Q. Who is the contracting officer who would be responsible for DTC travel arrangements?
A. Contracting officer?
Q. Correct?
A. For travel arrangements?
Q. Right. If you needed to make -- if you needed to enter into a contract who would you go to?

A. We would go to DSCC Contracting, whoever they assigned, if it involved a contract with a conference facility and hotel rooms or so forth.

Q. And do you have any instance in which that occurred?

A. Not recently, no, not where we had to go in and do that.

Q. Okay. There is no individual contracting officer who has the responsibility within DTC?

A. No. We don't have a contracting officer at DTC. We are a training office. We are supported by our local activity on base here, which is DSCC. That is your legal office and contracting and so forth. We receive all of your guidance.

Q. What does DSCC stand for?

A. That is Defense Supply Center Columbus.

Q. And who within DSCC is a contracting officer?

A. There is a group that does -- I think they call them Base Contracting. I don't have the individuals' names, but there is a group of individuals over there that would -- we would then

take the document over, and they would assign somebody to set that up for us.

Q. And who would -- let me ask it this way, who would you go to if you needed to procure any type of supplies or services?

A. For supplies we have a purchase card that are delegated from the Contracting Officer to do purchases of supplies.

Q. And services?

A. Yes. Oh, no, I don't think we can do services. I know that we can do supplies and training. I don't think we can do services off of there.

Q. Well, what document are you referring to right now? I think you referred to a card. What specifically are you referring to?

A. Some people are government purchase card holders, and within that they have limitations.

Q. All right. Are there any government purchase card holders within DTC?

A. Yes.

Q. Who are they?

A. I can't tell you who all of them are. I know that our forward presence people are, like Gian

Bianchini, and all of the forward presence have cards to purchase training. We have a card to purchase training and also supplies.

Q. And you don't know where they get those cards, or do you?

A. They are delegated from our management, because of the kind of work they are responsible for under their position. Let me just add, they do -- there is a dollar amount -- I'm not sure what that dollar amount is, but they have limitations with that that would have to go through the Contracting Officer.

Q. All right. I believe that has been produced. I'm not certain. To the extent it hasn't been, I would like -- I think Gian may have produced that.

MS. DUNSMORE: It was produced in Gian Bianchini's documents at his authority. If you want other people's you should ask for names.

MR. BART: No, just let's discuss the Bates number designation for this, and we don't have to do that right now.

MS. DUNSMORE: Okay. I'll find out

for you and let you know.

BY MR. BART:

Q. Take a look at, among the documents that I sent to you, GOV 362.

MR. BART: We'll mark that as Exhibit 2.

(At this time a document was marked for identification as Exhibit No. Latker-2.)

MS. DUNSMORE: Latker-2?

MR. BART: Right.

MR. YENOVKIAN: And you only want page 362? There is a two-page document that continues on 363.

MR. BART: Yes, I'm looking for it as well. 362 and 363.

MR. YENOVKIAN: I'm handing the witness 362 and 363.

BY MR. BART:

Q. Take a look at those, Ms. Latker, and would you agree with me that Mr. Bianchini had the authority to book the Homewood Suites for September 7th through 9th for an LTC and Best Value Course?

A. Yes.

Q. Okay. And what exactly was he booking?

A. That is the conference -- just a room that we use as a classroom. Basically, it would be a room at the hotel to be used as a classroom on the 7th through the 9th, and he would book that and pay for that off his purchase card if there is a charge for that. That is within his authority as a forward presence personnel for DTC.

Q. And can you define what a forward presence person or officer may be?

A. Sure. Let me think about how to word it. Forward presence folks used to be on the rules of the activity. At DSCR, for example, Gian would have been a DSCR employee. We put training under an umbrella in DLA Training Center. So, those folks are still out there, and we have forward presence and employee relations somewhere in staffing and also training that are still located at the activity, and that's to service directly DSCR origination. So, Gian's role as a forward presence would be to service all of DSCR for training facilities, scheduling training classes, instructors and classes for all of DSCR. His role for us would be just getting us a

classroom. We give him a list of classrooms at the beginning of the year, and additionally as we need. It is his role as a forward presence to try to get those on base. That is what we try first, and if not he would find another facility for us. That is his role.

Q. His authority was limited solely to classroom facilities?

A. For this instance, yes, but he has the authority -- for his card I'm sure he can schedule instructors for vendors and so forth, for training.

Q. All right. Now, have you investigated at all what the other training groups did with respect -- in other words, we looked at DLA Richmond, and Donna Rutkowski's immediate supervisor was Ms. De Los Santos, correct?

A. Yes.

Q. And her supervisor was Mr. Hurple?

A. Yes. The interns have a few supervisors. They have a -- they are actually on my roll for the two years in the program, and their Career Program Administrator is what we call the supervisor of record that is located at DTC. They also have a functional supervisor. There is usually

an Intern Chief at the local activity. That would be Rick for the quality interns only. Then the functional supervisor is Lilibeth De Los Santos, and she had just came into that job.

Q. All right. You've seen from the documents that the hotel reservations on two or three separate occasions were delegated to Ms. Rutkowski to make reservations for the group? You saw that, correct?

A. Yeah, the responsibility for finding a hotel.

Q. Have you looked at any of the other groups --

MR. YENOVKIAN: Excuse me. I'm not sure she was finished her answer.

MR. BART: I'm sorry. I thought she did.

BY MR. BART:

Q. Go ahead.

A. What I said was, her role was more in a leadership kind of -- as a team leader type to go ahead and try and find a hotel that would work.

Q. Have you ever had the opportunity to take a look at the other training groups to see how

they made their own -- made their group reservations?
A. I can tell you that the majority of our groups -- first of all, we do not use off-center or have not been using off-center anywhere but Richmond because of the limited facilities right now. The other sites all of our training is done on site. Our interns that are traveling in the other supply centers, the majority of them are traveling for the events that we sponsor as a whole, like our rotational training. Those are events also that we set up. We have very few interns traveling in groups, such as this group was up to Philly.
Q. Okay. But does it ever happen?
A. Sure.
Q. And have you looked at how they make their reservations when that occurs?
A. Do I look at it?
Q. In other words, are you aware of the procedures that they use? I mean, we saw in this case Ms. De Los Santos asks Ms. Rutkowski to make a block of reservations. Have you looked at any others?
A. No. But the functional supervisor in the intern center staff at the local intern center would give them guidance. I'm not sure what guidance

they are giving them, but they will give them guidance because they have to set up the motor pool. We are not involved with that.

Q. It is fair to say that is really not within the area that you supervise, correct?

A. We supervise it all, but some of that is done locally with -- -in coordination with us.

Q. And in this particular case who would have been responsible for making sure that Ms. Rutkowski, in the first instance, and Ms. De Los Santos in the second, were doing things right by the policies of DTC?

A. Lilibeth is not under DTC. She is a Richmond employee, but we would have, again, just given reporting instructions to them to -- when they were scheduled to report. The understanding is that they are going to make their own hotel reservations.

Q. Okay. And that group was authorized to make reservations and cancel them as well, correct?

A. They are authorized when we send out the reporting instructions. Obviously this happened before the reporting instructions were sent out. We get DTS orders in, which is Defense Travel System. That is an automated system. They put their orders in

the system about 45 days off the training. Once we approve that, the trip is then approved. That has not happened yet.

Q. Okay. I'm a little confused by your description of the timing for the Philadelphia trips. The exhibit marked Latker-1 reflected planning for two separate trips, correct?

MR. YENOVKIAN: Mr. Bart, can you ask the court reporter, before you start talking again, the witness said, and that hadn't happened yet.

MR. BART: Correct. And that is the purpose of this follow-up.

MR. YENOVKIAN: Okay, thank you. Sorry for the interruption. It is a little hard procedurally.

MR. BART: I understand. We are all trying to keep our costs down, to a certain extent, anyway.

THE WITNESS: In relationship to Government 1, I think that was discussing a TDY May 14th trip.

BY MR. BART:

Q. Well, the first three pages were, and

then the rest were the trip -- the later one, GOV 5, 6, and 7, one for a May trip and one for a June trip?

A. And I think the reason -- although I can't be certain, I think the reason that they started that early was they knew it was summer, and they were having trouble getting rooms for the earlier events, so they took it upon themselves to start looking at rooms for the July session. But, again, the orders were not in the system yet, and they had to wait for specific reporting instructions to conference that that class was on. They received only the schedule, and the schedule we always tell them is flexible and subject to change.

Q. All right. There is nothing, though, in DTC policy that says they shouldn't have made reservations anticipating it would be difficult to get reservations in the summer period, is there?

A. No.

Q. All right. I think that is all I have. Thank you.

MS. DUNSMORE: I don't have anything to add.

MR. BART: All right. Thank you. I know this is a little difficult. I

appreciate your time.

THE WITNESS: Thanks.

MS. DUNSMORE: Thank you, Mr. Bart.

\- - -

(Witness excused.)

(Deposition concluded at 2:00 p.m.)

C E R T I F I C A T I O N

I, Kathleen Ruccolo, Professional Reporter and Notary Public, do hereby certify that the foregoing is a true and accurate transcript of the stenographic notes taken by me in the aforementioned matter.

- - -

DATE: ______________________

KATHLEEN RUCCOLO

Nov 05 07 02:38p p.1

## Herpel, Rowland R (DSCR)

| | |
|---|---|
| From: | Latker, Pam (DTC) |
| Sent: | Monday, April 24, 2006 10:13 AM |
| To: | Rutkowski, Donna M (DSCR) |
| Cc: | De Los Santos, Lilibeth B (DSCR); Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR) |
| Subject: | RE: TDY trip May 14 to Philadelphia |
| Attachments: | image001.jpg |

Donna,

I would recommend you make individual reservations. The hotel that usually can accommodate groups is the Doubletree Hotel on Roosevelt Ave (Route 1). The phone number is 215-671-9600.

Pam

Pam Latker

DLA Training Center

Phone: 614-692-5999 DSN 850-5999

FAX: 614-692-6216 or 5940

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, April 24, 2006 9:01 AM
To: Latker, Pam (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Rutkowski, Donna M (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR)
Subject: FW: TDY trip May 14 to Philadelphia

Good Morning Ms. Latker,

I received out of office reply from Mr. Walker. I'd contacted Homewood Suites, and do not have any room available at government rate. Is there another hotel to use or does DTC have block room reservations for Richmond and Columbus QA Interns for May 14 - 19, 2006?

EXHIBIT
PENGAD 800-631-6989
Latker-1
10-23-07 KK



R-7

GOV-1

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, April 24, 2006 8:07 AM
To: Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR)
Subject: FW: TDY trip May 14 to Philadelphia

Good Morning Mr. Walker,

Lilibeth wanted me to make block room reservation for Philadelphia trip. I do not have any authorization code to give a hotel. So, I guess we all make reservation at various hotel and hope that we get the majority of interns (15) in the same hotel. Your guidance and direction is highly appreciate on which way we needs to go.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, April 17, 2006 9:53 AM
To: Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Bowen, Christine M (DSCR); Caldwell, Scott A (DSCR); Clark, Sheryl D (DSCR); Dennard, Thomas A (DSCR); Futch, James J (DSCR); Harshaw, Larry R (DSCR); Jeffries, Shannon L (DSCR); Love, Phillip L (DSCR); Matthews, LaQuitta L (DSCR); Randolph, Cornell A (DSCR); Rutkowski, Donna M (DSCR); Surles, James L (DSCR); Teague, David A (DSCR); Waichulis, Lawrence J (DSCR); Whalen, James P (DSCR)
Subject: TDY trip May 14 to Philadelphia

Good Morning Mr. Walker,

Class 06A will be going to Philadelphia on May 14, 2006, and will DTC reserve block of rooms at local hotel or should we make own? Your recommendation is appreciate.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

**Herpel, Rowland R (DSCR)**

From: De Los Santos, Lilibeth B (DSCR)
Sent: Friday, April 28, 2006 4:29 PM
To: Rutkowski, Donna M (DSCR)
Cc: Herpel, Rowland R (DSCR)
Subject: RE: Trip to Philadelphia

Thanks

Lilibeth

---

From: Rutkowski, Donna M (DSCR)
Sent: Friday, April 28, 2006 12:45 PM
To: De Los Santos, Lilibeth B (DSCR)
Cc: Herpel, Rowland R (DSCR)
Subject: Trip to Philadelphia

Lilibeth,

I have made block 15 rooms with my credit card to Valley Forge Hilton, and provide them with all fifteen names. Class 06A Intern will use their card, when they check-in to hotel on May 14th. Also, on Friday May 12, "Q" and I will go to Motor Pool and pick-up the two vans for trip on Sunday.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

Nov 05 07 02:39p p.5

**Herpel, Rowland R (DSCR)**

| | |
|---|---|
| From: | Jaret Lyons [Jaret_Lyons@hilton.com] |
| Sent: | Monday, April 24, 2006 6:15 PM |
| To: | Rutkowski, Donna M (DSCR) |
| Subject: | Hilton Philadelphia City Avenue / DLA Richmond / |
| Attachments: | DLA RICHMOND CONTRACT JULY 2006.PDF |

DLA RICHMOND
ONTRACT JULY 200.

Donna,

Thank you again for your call today. As promised, attached is a contract for guest rooms at the Hilton Philadelphia City Avenue. As discussed, the agreement calls for the hotel to block 15 rooms per night for the nights of July 9th to July 21, 2006 at the Gov't per Diem of $125 per night. Please sign and return to my attention at 215-879-9020. Feel free to call with any questions at 215-879-3399 ext 2019.

Thank you!

Jaret Lyons

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com
www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>
<http://www.philadelphiacityavenue.hilton.com>
www.philadelphiacityavenue.homewoodsuites.com
<http://www.philadelphiacityavenue.hilton.com>
<http://www.philadelphiacityavenue.homewoodsuites.com>



GOV-5

**Herpel, Rowland R (DSCR)**

| | |
|---|---|
| From: | Jaret Lyons [Jaret_Lyons@hilton.com] |
| Sent: | Monday, April 24, 2006 5:35 PM |
| To: | Rutkowski, Donna M.(DSCR) |
| Subject: | Hilton Philadelphia City Avenue |
| Attachments: | image001.jpg |

image001.jpg (3 KB)

Hi Donna,

Thank you for your call today! As promised, I will be working on putting together a room block for fifteen rooms per night from July 9th to July 21st at the Government per Diem of $125 per night. I will send you a contract from the Hilton Philadelphia City Avenue before I leave the office today. In the interim, please do not hesitate to call with any questions.

Thank you!

Jaret Lyons

Jaret M. Lyons, CHSP
Director of Sales & Marketing
Hilton Hotel and Homewood Suites
4200 City Avenue
Philadelphia, PA 19131
(P) 215-879-3399, ext. 2019
(F) 215-879-9020
Jaret_Lyons@hilton.com
www.philadelphiacityavenue.hilton.com <mailto:Jaret_Lyons@hilton.com>
<http://www.philadelphiacityavenue.hilton.com>
www.philadelphiacityavenue.homewoodsuites.com
<http://www.philadelphiacityavenue.hilton.com>
<http://www.philadelphiacityavenue.homewoodsuites.com>

**Herpel, Rowland R (DSCR)**

From: Herpel, Rowland R (DSCR)
Sent: Monday, May 08, 2006 8:25 AM
To: Rutkowski, Donna M (DSCR); Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Latker, Pam (DTC); France, Stella F (DTC)
Subject: RE: Trip to Philadelphia

To all,

I sent one more email to Tracey O'Hanlan, the DSCR classroom monitor, to see if we can get a computer classroom. Since we're in-between roll-outs, there may be a chance one becomes available. If not, I recommend the class(s) be postponed until the next fiscal year.

Rick Herpel

DSCR-VGA

---

From: Rutkowski, Donna M (DSCR)
Sent: Monday, May 08, 2006 7:06 AM
To: Herpel, Rowland R (DSCR); Walker, Napoleon (DTC)
Cc: De Los Santos, Lilibeth B (DSCR); Latker, Pam (DTC)
Subject: FW: Trip to Philadelphia

Mr. Herpel and Mr. Walker,

Lilibeth is in training this week. Do I need to re-schedule any rooms and GOV or cancel everything straight out. I'll wait on your decision and instruction, before I go any further with this matter.

Donna M. Rutkowski

Quality Assurance Intern, DSCR-VGA

8000 Jefferson Davis Highway

Richmond, VA 23297-5606

mailto:Donna.Rutkowski@dla.mil

DSCR 804.279.5349

---

From: Rutkowski, Donna M (DSCR)
Sent: Friday, April 28, 2006 12:45 PM
To: De Los Santos, Lilibeth B (DSCR)
Cc: Herpel, Rowland R (DSCR)
Subject: Trip to Philadelphia

Lilibeth,



GOV-7