# EXHIBIT "E"

Cont'd

A. Right.
Q. It comes out of Ohio?
A. Comes out of Ohio.
Q. Do you know who is ultimately responsible, who starts -- you said before quality tech, supply, and procurement, either all of them or one of those branches will put together a schedule, I think was your term, correct?
A. Correct.
Q. Do you know the process by which that occurs, how they compile the schedule?
A. No, I personally don't. That would be more Pam Latker's...
Q. Do you know with the exception of when they come to you and say we need certain facilities and we need audiovisual, you would handle stuff like audiovisual?
A. Correct.
Q. Other than the actual meeting facilities and what teaching tools and the like they'll need at a particular

session, do you have any familiarity with any other part of the planning process?

A. No, I don't.

Q. Do you know who Rowland Herpel is?

A. No.

Q. You don't know him?

A. No.

Q. How about Lilibeth de los Santos?

A. Yes, I do.

Q. Who is she and what is her authority as far as you're aware?

A. I know she is the functional supervisor over the interns, the quality tech interns, but I don't know her authority.

Q. When you say "functional supervisor," what do you mean?

A. She's more like a supervisor where she keeps tabs on them as far as where they need to go, what class they're going to take next, some of the admin stuff that they take care of, their time

sheet, leave, and stuff like that.

Q. So she is the hands-on supervisor for them?

A. You could say that, hands-on.

Q. But you don't know where she is in the chain of authority? She is at DLA Richmond?

A. Correct, she is at DSCR.

Q. That's Defense Supply --

A. Center Richmond.

Q. When I call it DLA Richmond, am I using an incorrect term?

A. No. DLA -- we are DLA as a whole, so it's okay, you can say that.

Q. Give me the --

A. DSCR.

Q. State what that stands for so we have it on the record.

A. Defense Supply Center Richmond.

Q. Defense Supply Center Richmond generally does what?

A. Defense Supply Center Richmond generally does support to the

military services, Army, Navy, Marine, Air Force, aviation parts.

Q. Where does the intern program fit within Defense Supply Center Richmond?

A. I guess it would fit to where they hire folks and they train them in an intensive two-year program to get them ready to do whatever specific job, quality tech, supply, and procurement. They're just part of the workforce.

Q. Do you know what quality tech does?

A. Quality tech normally reviews any specification on parts that go on aircraft. Anything that goes on an aircraft that needs to be -- has a drawing, for instance, or a new revision on it, they check form and fit on the aircraft. That's what they do.

Q. Are you saying they're responsible for the actual engineering specifications or is their task more contract specifications?

A. No, mostly engineering specification. Form, fit, and function is their job, normally.

Q. You're not with any of those three branches, quality tech, supply, or procurement, are you?

A. No.

Q. I think you said before the division that you're in. Can you state that again?

A. HR, human resources specialist.

Q. Human resources is out of Ohio?

A. Human resources is at Richmond and we have offices in Ohio as well.

Q. Does your office answer -- the main office is in Ohio?

A. Yes, the main office is in Ohio.

Q. I assume that on various other installations such as Richmond there are also HR people who answer to

the people out in Ohio; is that correct?
A. Repeat the question.
Q. In other words, is Ohio where the -- you're with DSC, you said?
A. DSCR, correct.
Q. I think you gave another acronym earlier.
A. DLA?
Q. Not DLA, the people in Ohio.
A. DTC.
Q. What does that stand for?
A. DLA Training Center.
Q. How many DLA training centers are there; do you know?
A. Just one.
Q. But there are DLA centers such as Richmond other than the one in Richmond, correct?
A. Correct.
Q. Can you identify a few others?
A. Defense Supply Center Philadelphia; Defense Supply Center Columbus; there's one at Fort Belvoir.

Q. Which is in what state?
A. Here in Washington.
I think that's it.
Q. Do all the HR people in those installations report to the people in Ohio? I think that was my original question.
A. I don't know; I'm not sure.
Q. But you do?
A. We do, yes, correct.
Q. Going up the chain, you said your immediate supervisor is Arinda Lee, correct?
A. Correct.
Q. Do you know who her supervisor is? First of all, what is her title?
A. Human resources specialist as well.
Q. Is it a different category?
A. No, same.
Q. Who does she report to?
A. She reports to Angela Scott Tucker.

Q. Do you know what her title is?

A. I believe she is a workforce development division chief.

Q. Is she the top of the authority chain or is there someone that she would report to?

A. I don't know who she reports to.

Q. One last question: Is it fair to say you do not know the line of authority between the intern program, the administrators in Ohio, and the individuals such as Mr. Herpel, Ms. Santos, or any of the other people at DLA Richmond with respect to the intern program?

A. I don't know.

MR. BART: I have no further questions of this witness.

MS. DUNSMORE: Do you want to take a break and look at that letter?

MR. BART: Yes, a quick

break.

(Recess.)

MR. BART: We'll mark collectively what has been produced as GOV-565 to 572.

(Exhibit Bianchini-4 was marked for identification.)

MR. BART: I'll show the witness these documents.

BY MR. BART:

Q. Are these the letters that you referred to before which I believe you testified came from Arinda Lee -- but I think if you look at them you'll see they come from someone other than Arinda Lee. Are these the letters you were referring to or is there something else that you believe set forth your authority?

A. No, these are the letters. These are -- Sharon Forrest was our supervisor back in 2005, then we switched over to Ms. Lopez, Elba Lopez-Parks. She was our supervisor then. Every time we

have a supervisor we switch.

Q. Do you know who Janice Stuckey is?

A. No, I don't.

Q. Do you remember getting that document, the one that is Bates stamped 566 through 568?

A. Yes.

Q. But you didn't know who Janice Stuckey was?

A. No.

Q. Is that your signature where it says cardholder?

A. Yes, it is.

Q. Are you aware whether there is any similar type of letter that is used for the procurement of hotel rooms?

A. I am not aware.

MR. BART: I have no further questions.

MS. DUNSMORE: No questions.

- - -

(Witness excused.)

(Deposition concluded at 10:08 a.m.)

C E R T I F I C A T E

I hereby certify that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

___________________________

BETH A. BARKOCY, CCR

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying court reporter.)

INSTRUCTIONS TO THE WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign and date the errata sheet.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate as submitted and may be used in court.

- - - - - - -

E R R A T A

- - - - - - -

| PAGE | LINE | CHANGE |
|---|---|---|
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |
| ______ | ______ | ________________________ |

ACKNOWLEDGMENT OF DEPONENT

I, ______________________, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

____________________________

Date

____________________________

Signature

Subscribed and sworn to before me this

day of , 200 .

My commission expires:

Notary Public

EXHIBIT
PENGAD 800-631-6989
Bianchini-1
BAB 10/12/07

UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------X

STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE
4200 City Avenue
Philadelphia, PA 19131

Plaintiff,

v.

DEFENSE SUPPLY CENTER RICHMOND a/k/a DLA (Defense Logistics Agency) RICHMOND
8000 Jefferson Davis Highway
Richmond, VA 23297

Defendant.

-----------------------------X

No. 07-145C
(Judge Wheeler)

**PLAINTIFF'S NOTICE OF DEPOSITION**
**OF DEFENDANT DEFENSE SUPPLY CENTER RICHMOND**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, notice is hereby given that counsel for Plaintiff will continue the deposition by oral examination of defendant Defense Supply Center Richmond at the United States Department of Justice, Commercial Litigation Branch, Civil Division, 1100 L Street, N.W., 8th Floor, Washington, D.C. on September 28, 2007 commencing at 9:00 a.m. and continuing until completed. The testimony will be taken before an officer duly authorized by the laws of the United States to administer oaths and take testimony and will be recorded by stenographic means. The witness designated by DLA Richmond is directed to bring with him for inspection and copying the following documents:

1. All policies and procedures of DLA Richmond with respect to the scheduling of events such as the training in Philadelphia for interns which had been scheduled by DLA Richmond in April 2006 for Philadelphia in June 2006.

2. All documents relating to the specific meeting for which the Hilton Philadelphia City Avenue rooms were booked.

3. All e-mails and other communications relating to the training session in Philadelphia which is the subject of this litigation, including but not limited to communications by and between Lilibeth B. DeLos Santos, Donna Rutkowski and their superiors.

4. All documents and communications summarizing the scheduling of all conferences, meetings and training sessions by DLA Richmond at hotels, conference centers or restaurants within one year prior to June of 2006.

5. All internal communications within DLA Richmond relating to the claim in the instant matter.

6. All documents, e-mails and communications relating to the cancellation of the room reservations for DLA Richmond both prior and subsequent to the e-mail of Donna M. Rutkowski to Jaret Lyons copied to Lilibeth B. DeLos Santos and Roland R. Herpel on June 14, 2006.

7. All documents relating to communications within DLA Richmond addressed or copied to the contracting officer responsible for DLA Richmond's travel and conference activities.

#2915830 (148353.005)

DLA Richmond should designate a witness or witnesses to testify about the following subjects:

1. The delegation of authority within DLA Richmond for the scheduling of conferences, meetings and planning and training sessions;

2. The directions given to Donna Rutkowski to organize and schedule and/or schedule a training session in Philadelphia for interns during June of 2006;

3. The agenda for the planned intern training meeting in Philadelphia, the activities which were to be conducted during that meeting and the reasons for its cancellation; and

4. The chain of authority within DLA Richmond with respect to the planning of meetings, conferences and training sessions generally and the line of authority between the contracting officer, Roland R. Herpel, Lilibeth B. DeLos Santos and any other personnel with a role in the planning and ultimate cancellation of the training session in Philadelphia.

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**

Date: 9/7/07

BY: ____________________

Daniel S. Bernheim, 3d, Esquire
Jonathan J. Bart, Esquire
Attorneys for Plaintiff
Two Penn Center, Suite 910
Philadelphia, PA 19102
(215)569-0000

06/05/2006 17:02 8047510031 HOMEWOOD CHESTER PAGE 01
JUN-05-2006 15:55 P.01/01

PURPOSE: REGISTRATION FOR COURSE and/or PAYMENT BY CREDIT CARD

FROM: Gian Bianchini
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297
DSCR FAX: 804-279-5916

Attn: Gian
Thanks!!

Please process this as a registration and VISA charge. It is DOD policy that all training is paid by credit card. If you are unable to accept Credit Card payments, please let us know immediately.

It is also standard government procedure not to pay for a service until it is received. Therefore, we will expect that this will be processed for payment on the first day of the class or services rendered. If you have a policy that requires all payments be made at the time of registration or some other date prior to the start of class, please let us know. Late cancellation fees will be paid if required by your stated policy. Do not expose credit card number to the public. If DD Form 1556 is attached, it is for information only.

SERVICES RENDERED: Room Rental for Market Research/Statement of Work course

EMPLOYEE: Group Training

Total Charges: $ 400.00

Please do not release this number to anyone other than those requiring it for payment.)

VISA CREDIT CARD NUMBER: 4716 3000 0816 7309 Expiration Date: 05/09

Cardholder Name: Gian Bianchini

Signature Date: 05-Jun-06

Please send documentation of payment showing the information below or complete and return this sheet.

Company Name (as it appears on Visa Statement): ______

Processing Date: 6/6/06

Visa Authorization Number: 069809

Amount: $ 400.00

Please call Gian Bianchini at (804) 279-5557 or email Gian.Bianchini@dla.mil if you have any questions.

DLA Training Center
Workforce Development
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297-5131

B-2 TOTAL P.01

GOV-760

DSC Richmond
... THE BEST IN WEAPON SYSTEMS SUPPORT

PURPOSE: REGISTRATION FOR COURSE and/or PAYMENT BY CREDIT CARD

FROM: Gian Bianchini
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297
DSCR FAX: 804-279-5916

Please process this as a registration and VISA charge. It is DOD policy that all training is paid by credit card. If you are unable to accept Credit Card payments, please let us know immediately.

It is also standard government procedure not to pay for a service until it is received. Therefore, we will expect that this will be processed for payment on the first day of the class or services rendered. If you have a policy that requires all payments be made at the time of registration or some other date prior to the start of class, please let us know. Late cancellation fees will be paid if required by your stated policy. Do not expose credit card number to the public. If DD Form 1556 is attached, it is for information only.

SERVICES RENDERED: Classroom Rental for "Briefing Techniques" course (May 16-18, 2006).

EMPLOYEE: Group Training

Total Charges: $ 600.00

Please do not release this number to anyone other than those requiring it for payment.)

VISA CREDIT CARD NUMBER: 4715 3000 0564 1510 Expiration Date: 03/08

Cardholder Name: Gian Bianchini

Signature [signature] Date: 17-May-06

Please send documentation of payment showing the information below or complete and return this sheet.

Company Name (as it appears on Visa Statement): ____________________

Processing Date: 5/18/06

Visa Authorization Number: 021262

Amount: $ 600.00

Please call Gian Bianchini at (804) 279-5557 or email Gian.Bianchini@dla.mil if you have any questions.

DLA Training Center
Workforce Development
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297-5131

B-3

TOTAL P.01

**DEFENSE LOGISTICS AGENCY**
DLA Training Center
P.O. BOX 3990
COLUMBUS, OHIO 43218-3990

IN REPLY
REFER TO DTC-DTWE

MAR 14, 2005

MEMORANDUM FOR DTC-DTWE, FORWARD PRESENCE-RICHMOND, VA
ATTN: MR. GIAN BIANCHINI

SUBJECT: Delegation of Authority

As authorized by 5 U.S.C., Section 302, Delegation of Authority, and J-1 memorandum dated December 20, 2002, subject: Delegation of Authority, and DTC-D memorandum dated March 26, 2003, subject: Delegation of Authority, I hereby delegate you the authority to review, approve and sign training requests for DLA employees. This delegation is effective immediately.

This authority will be used with discretion. All precedent or policy matters will be discussed with the DLA Training Center Director prior to issuance. The authority contained in this memorandum will be used in accordance with pertinent statutes, rules, regulations, contracts, or orders emanating from the President, Office of Personnel Management, higher Department of Defense authority, recognized collective bargaining agreements, or other appropriate sources.

This authority may not be further delegated.

Sharon Forrest

SHARON FORREST
Program Execution Branch

B-4

GOV-565

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND, VIRGINIA 23297-5100

IN REPLY REFER TO DSCR-SK

May 17, 2005

MEMORANDUM FOR GIAN BIANCHINI, DTC-DTWE

SUBJECT: Delegation of Appointment for Purchase Cardholder

Appointment. Under DLAD Supplement 1.603-91, you are hereby appointed as a purchase card ordering officer for the purpose set forth below. Your appointment shall become effective this date and shall remain effective until you are reassigned, your employment is terminated, or your appointment is revoked. The purpose for the appointment is to make purchases under $25,000.00. You are responsible to and under the technical supervision of **Elba Lopez-Parks,** Billing Official/Certifying Officer for actions taken as a Purchase Card Ordering Officer.

Authority, Limitation and Requirements. Your appointment is subject to use of the methods of purchase and to the limitations and requirements stated below:

a. Subject to your ensuring that funds are available and that local purchase authority exists for the transaction, you may make purchases using the government purchase card provided that **all** of the following conditions are satisfied:

(1) The aggregate amount of the purchase transaction is not in excess of **$25,000.00 for classroom rental, classroom supplies, and non-governmental training**. You shall not split requirements to avoid this monetary limitation.

(2) Each single purchase may be comprised of multiple items, but the total purchase may not normally exceed **$25,000.00.**

(3) The aggregate amount of purchase transactions within the purchase card billing cycle shall not exceed **$180,000.00.** The billing cycle ends on the 5th of each month.

(4) Use of the purchase card should not replace effective procurement planning which enables volume discounts.

(5) The least expensive item which meets the basic needs of the Government should be sought.

(6) Sources should be rotated when making recurring purchases.

(7) Requirements for ADPE (Automated Data Processing Equipment - computers, computer peripherals, printers, fax machines, software; etc) should be forwarded to DSCR-OA for purchase. You may purchase items such as printer cartridges, toner kits or any items deemed consumable and necessary for your computer's function. For clarification, contact Diane Tignor at X5998.

(8) Requirements for BOE(Base Operating Equipment - typewriters, tool kits, etc.) should be forwarded to DSCR-SEE for purchase. For clarification, contact David Erhardt at X5422 or Baron Hudson at X5483.

(9) The contractor shall be notified that the purchase is tax exempt. If the contractor requires a tax identification number, the Administrative Office (DSCR-KD) should be contacted.

(10) Supplies must be available for complete shipment within 30 days.

(11) Cardholders shall adhere to Federal Acquisition Regulation (FAR), Defense Federal Acquisition Regulation Supplement (DFARS), Defense Logistics Agency Regulation (DLAD) and DSCR Acquisition Procedures (DSCAP) requirements. When questions arise, the Administrative Office should be contacted for clarification.

(12) If the Billing Official questions a purchase, you must be able to explain your rationale for the purchase. If the order cannot be justified, the Billing Official will determine if disciplinary action is necessary and if personal reimbursement of funds will be requested.

(13) If the purchase card is lost or stolen, it must be immediately reported to Customer Service by contacting:

1-888-994-6722 24-hour, 7 days-per-week.

Loss of the card must also be immediately reported to the Administrative Office.

b. As a Cardholder, you are responsible for (i) ensuring that you do not exceed the Bulk Funding amount without obtaining additional approval from the Financial Manager, DSCR-RRO (ii) ensuring that receipts are maintained in accordance with local Government Purchase Card procedures (iii) establishing controls necessary to ensure that your purchase card is secured while not in use to prevent misuse or theft (iv) ensuring that supplies ordered are in compliance with this letter of delegation, and (v) reconciling receipts and monthly transactions logs to the

Monthly Cardholder Statement and forwarding the transaction log and all associated receipts/charge slips to the Billing Official for review.

Purchase Card Training.

a. You must comply with the standards of conduct prescribed in 5 CFR Part 2635 and attend Procurement Integrity Training conducted by the Office of Counsel.

b. You must complete purchase card training when required.

Termination of Appointment.

a. Your appointment may be revoked at any time by the undersigned authority or his successor and shall be terminated in writing.

b. Should you be reassigned from your present position or should your employment be terminated while this appointment is in effect, you shall promptly notify the Administrative Office in writing and return your card once all charges have cleared so that your authorization may be terminated.

Janice Stuckey

JANICE STUCKEY
Director of Contracting
Contracting Directorate

Receipt of this Delegation of Appointment as Purchase ( d Ordering Officer is acknowledged.

[signature]
Cardholder

5/20/05
Date

DEFENSE LOGISTICS AGENCY
DLA Training Center
P.O. BOX 3990
COLUMBUS, OHIO 43218-3990

JUN 06 2005

IN REPLY
REFER TO DTC–DTWE

MEMORANDUM FOR DTC-DTWE, FORWARD PRESENCE-RICHMOND, VA
ATTN: MS. STELLA FRANCE
MS. DORIS WILSON
MR. GIAN BIANCHINI
MS. CYNTHIA M. CONNELLY

SUBJECT: Delegation of Authority

As authorized by 5 U.S.C., Section 302, Delegation of Authority, and J-1 memorandum dated December 20, 2002, subject: Delegation of Authority, and DTC-D memorandum dated May 27, 2005, subject: Delegation of Authority, I hereby delegate you the authority to review, approve and sign training requests for DLA employees. This delegation is effective immediately.

This authority will be used with discretion. All precedent or policy matters will be discussed with the DLA Training Center Director prior to issuance. The authority contained in this memorandum will be used in accordance with pertinent statutes, rules, regulations, contracts, or orders emanating from the President, Office of Personnel Management, higher Department of Defense authority, recognized collective bargaining agreements, or other appropriate sources.

This authority may not be further delegated.

Elba Lopez-Parks
ELBA LOPEZ-PARKS
Program Execution Branch

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND, VIRGINIA 23297-5450

IN REPLY REFER TO DSCR-SK

MAR 07 2005

MEMORANDUM FOR GIAN BIANCHINI, DTC-DTWE

SUBJECT: Delegation of Appointment for Purchase Cardholder

Appointment. Under DLAD Supplement 1.603-91, you are hereby appointed a purchase card ordering officer for the purpose set forth below. Your appointment shall become effective this date and shall remain effective until you are reassigned, your employment is terminated, or your appointment is revoked. The purpose for the appointment is to make purchases under $25,000.00. You are responsible to and under the technical supervision of **Sharon Forrest, CSO-N**, Billing Official/Certifying Officer; for actions taken as a Purchase Card Ordering Officer.

Authority, Limitation and Requirements. Your appointment is subject to use of the methods of purchase and to the limitations and requirements stated below:

a. Subject to your ensuring that funds are available and that local purchase authority exists for the transaction, you may make purchases using the government purchase card provided that **all** of the following conditions are satisfied:

(1) The aggregate amount of the purchase transaction is not in excess of **$25,000.00 for classroom rental, classroom supplies, and non-governmental training.** You shall not split requirements to avoid this monetary limitation.

(2) Each single purchase may be comprised of multiple items, but the total purchase may not normally exceed **$25,000.00.**

(3) The aggregate amount of purchase transactions within the credit card billing cycle shall not exceed **$180,000.00.** The billing cycle ends on the 5th of each month.

(4) Use of the purchase card should not replace effective procurement planning which enables volume discounts.

(5) The least expensive item which meets the basic needs of the Government should be sought.

(6) Sources should be rotated when making recurring purchases.

(7) Requirements for ADPE (Automated Data Processing Equipment - computers, computer peripherals, printers, fax machines, software; etc) should be forwarded to DSCR-OA for purchase. You may purchase items such as printer cartridges, toner kits or any items deemed consumable and necessary for your computer's function. For clarification, contact Diane Tignor at X5998.

(8) Requirements for BOE (Base Operating Equipment - typewriters, tool kits, etc.) should be forwarded to DSCR-SEE for purchase. For clarification, contact David Erhardt at X5422 or Baron Hudson at X5483.

(9) The contractor shall be notified that the purchase is tax exempt. If the contractor requires a tax identification number, the Administrative Office (DSCR-SK) should be contacted.

(10) Supplies must be available for complete shipment within 30 days.

(11) Cardholders shall adhere to Federal Acquisition Regulation (FAR), Defense Federal Acquisition Regulation Supplement (DFARS), Defense Logistics Agency Regulation (DLAD) and DSCR Acquisition Procedures (DSCAP) requirements. When questions arise, the Administrative Office should be contacted for clarification.

(12) If the Billing Official questions a purchase, you must be able to explain your rationale for the purchase. If the order cannot be justified, the Billing Official will determine if disciplinary action is necessary and if personal reimbursement of funds will be requested.

(13) If the purchase card is lost or stolen, it must be immediately reported to Customer Service by contacting:

1-888-994-6722 24-hour, 7 days-per-week.

Loss of the card must also be immediately reported to the Administrative Office.

b. As a Cardholder, you are responsible for (i) ensuring that you do not exceed the Bulk Funding amount without obtaining additional approval from the Financial Manager, DSCR-RRO (ii) ensuring that receipts are maintained in accordance with local Government Purchase Card procedures (iii) establishing controls necessary to ensure that your purchase card is secured while not in use to prevent misuse or theft (iv) ensuring that supplies ordered are in compliance with this letter of delegation, and (v) reconciling receipts and monthly transactions logs to the

Monthly Cardholder Statement and forwarding the transaction log and all associated receipts/charge slips to the Billing Official for review.

Purchase Card Training.

a. You must comply with the standards of conduct prescribed in 5 CFR Part 2635 and attend Procurement Integrity Training conducted by the Office of Counsel.

b. You must complete purchase card training when required.

Termination of Appointment.

a. Your appointment may be revoked at any time by the undersigned authority or his/her successor and shall be terminated in writing.

b. Should you be reassigned from your present position or should your employment be terminated while this appointment is in effect, you shall promptly notify the Administrative Office in writing and return your card once all charges have cleared so that your authorization may be terminated.

Janice Stuckey

JANICE L. STUCKEY
Director of Contracting
Contracting Directorate

Receipt of this Delegation of Appointment as Purchase Card Ordering Officer is acknowledged.

______________________ ______________________
Cardholder Date

06/05/2006 17:02 8047510031 HOMEWOOD CHESTER PAGE 01
JUN-05-2006 15:55 P.01/01

EXHIBIT
PENGAD 800-631-6989
Bianchini-2
BAB 10/12/07

**PURPOSE: REGISTRATION FOR COURSE and/or PAYMENT BY CREDIT CARD**

**FROM: Gian Bianchini**
**Defense Supply Center Richmond**
**DTC-DTWE**
**8000 Jefferson Davis Highway**
**Richmond, VA 23297**
**DSCR FAX: 804-279-5816**

Attn: Gian
Thanks!!

**Please process this as a registration and VISA charge.** It is DOD policy that all training is paid by credit card. If you are unable to accept Credit Card payments, please let us know immediately.

**It is also standard government procedure not to pay for a service until it is received.** Therefore, <u>we will expect that this will be processed for payment on the first day of the class or services rendered</u>. If you have a policy that requires all payments be made at the time of registration or some other date prior to the start of class, please let us know. Late cancellation fees will be paid if required by your stated policy. Do not expose credit card number to the public. **If DD Form 1556 is attached, it is for information only.**

SERVICES RENDERED: Room Rental for Market Research/Statement of Work course

EMPLOYEE: Group Training

Total Charges: $ 400.00

**Please do not release this number to anyone other than those requiring it for payment.)**

VISA CREDIT CARD NUMBER: 4718 3000 0816 7309 Expiration Date: 05/09

Cardholder Name: Gian Bianchini

Signature [signature] Date: 05-Jun-06

**Please send documentation of payment showing the information below** or complete and return this sheet.

Company Name (as it appears on Visa Statement): ______________________

Processing Date: 6/6/06

Visa Authorization Number: 069809

Amount: $ 400.00

Please call Gian Bianchini at (804) 279-5557 or email Gian.Bianchini@dla.mil if you have any questions.

DLA Training Center
Workforce Development
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297-5131

TOTAL P.01

DSC Richmond
... THE BEST IN WEAPON SYSTEMS SUPPORT

EXHIBIT
Bianchini-3
BaB 10/12/07
PENGAD 800-631-6989

PURPOSE: REGISTRATION FOR COURSE and/or PAYMENT BY CREDIT CARD

FROM: Gian Bianchini
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297
DSCR FAX: 804-279-5816

Please process this as a registration and VISA charge. It is DOD policy that all training is paid by credit card. If you are unable to accept Credit Card payments, please let us know immediately.

It is also standard government procedure not to pay for a service until it is received. Therefore, we will expect that this will be processed for payment on the first day of the class or services rendered. If you have a policy that requires all payments be made at the time of registration or some other date prior to the start of class, please let us know. Late cancellation fees will be paid if required by your stated policy. Do not expose credit card number to the public. If DD Form 1556 is attached, it is for information only.

SERVICES RENDERED: Classroom Rental for "Briefing Techniques" course (May 16-18, 2006).

EMPLOYEE: Group Training

Total Charges: $ 600.00

Please do not release this number to anyone other than those requiring it for payment.)

VISA CREDIT CARD NUMBER: 4716 3000 0584 1510 Expiration Date: 03/08

Cardholder Name: Gian Bianchini

Signature [signature] Date: 17-May-06

Please send documentation of payment showing the information below or complete and return this sheet.

Company Name (as it appears on Visa Statement): ____________________

Processing Date: 5/18/06

Visa Authorization Number: 071262

Amount: $ 600.00

Please call Gian Bianchini at (804) 279-5657 or email Gian.Bianchini@dla.mil if you have any questions.

DLA Training Center
Workforce Development
Defense Supply Center Richmond
DTC-DTWE
8000 Jefferson Davis Highway
Richmond, VA 23297-5131

TOTAL P.01

EXHIBIT
PENGAD 800-631-6989
Bianchini-4
BaB 10/12/07

**DEFENSE LOGISTICS AGENCY**
**DLA Training Center**
**P.O. BOX 3990**
**COLUMBUS, OHIO 43218-3990**

IN REPLY
REFER TO DTC-DTWE

MAR 14, 2005

MEMORANDUM FOR DTC-DTWE, FORWARD PRESENCE-RICHMOND, VA
ATTN: MR. GIAN BIANCHINI

SUBJECT: Delegation of Authority

As authorized by 5 U.S.C., Section 302, Delegation of Authority, and J-1 memorandum dated December 20, 2002, subject: Delegation of Authority, and DTC-D memorandum dated March 26, 2003, subject: Delegation of Authority, I hereby delegate you the authority to review, approve and sign training requests for DLA employees. This delegation is effective immediately.

This authority will be used with discretion. All precedent or policy matters will be discussed with the DLA Training Center Director prior to issuance. The authority contained in this memorandum will be used in accordance with pertinent statutes, rules, regulations, contracts, or orders emanating from the President, Office of Personnel Management, higher Department of Defense authority, recognized collective bargaining agreements, or other appropriate sources.

This authority may not be further delegated.

Sharon Forrest
SHARON FORREST
Program Execution Branch

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND, VIRGINIA 23297-5100

IN REPLY REFER TO DSCR-SK

May 17, 2005

MEMORANDUM FOR GIAN BIANCHINI, DTC-DTWE

SUBJECT: Delegation of Appointment for Purchase Cardholder

Appointment. Under DLAD Supplement 1.603-91, you are hereby appointed as a purchase card ordering officer for the purpose set forth below. Your appointment shall become effective this date and shall remain effective until you are reassigned, your employment is terminated, or your appointment is revoked. The purpose for the appointment is to make purchases under $25,000.00. You are responsible to and under the technical supervision of **Elba Lopez-Parks,** Billing Official/Certifying Officer for actions taken as a Purchase Card Ordering Officer.

Authority, Limitation and Requirements. Your appointment is subject to use of the methods of purchase and to the limitations and requirements stated below:

a. Subject to your ensuring that funds are available and that local purchase authority exists for the transaction, you may make purchases using the government purchase card provided that **all** of the following conditions are satisfied:

(1) The aggregate amount of the purchase transaction is not in excess of **$25,000.00 for classroom rental, classroom supplies, and non-governmental training**. You shall not split requirements to avoid this monetary limitation.

(2) Each single purchase may be comprised of multiple items, but the total purchase may not normally exceed **$25,000.00.**

(3) The aggregate amount of purchase transactions within the purchase card billing cycle shall not exceed **$180,000.00.** The billing cycle ends on the 5th of each month.

(4) Use of the purchase card should not replace effective procurement planning which enables volume discounts.

(5) The least expensive item which meets the basic needs of the Government should be sought.

(6) Sources should be rotated when making recurring purchases.

(7) Requirements for ADPE (Automated Data Processing Equipment - computers, computer peripherals, printers, fax machines, software; etc) should be forwarded to DSCR-OA for purchase. You may purchase items such as printer cartridges, toner kits or any items deemed consumable and necessary for your computer's function. For clarification, contact Diane Tignor at X5998.

(8) Requirements for BOE(Base Operating Equipment - typewriters, tool kits, etc.) should be forwarded to DSCR-SEE for purchase. For clarification, contact David Erhardt at X5422 or Baron Hudson at X5483.

(9) The contractor shall be notified that the purchase is tax exempt. If the contractor requires a tax identification number, the Administrative Office (DSCR-KD) should be contacted.

(10) Supplies must be available for complete shipment within 30 days.

(11) Cardholders shall adhere to Federal Acquisition Regulation (FAR), Defense Federal Acquisition Regulation Supplement (DFARS), Defense Logistics Agency Regulation (DLAD) and DSCR Acquisition Procedures (DSCAP) requirements. When questions arise, the Administrative Office should be contacted for clarification.

(12) If the Billing Official questions a purchase, you must be able to explain your rationale for the purchase. If the order cannot be justified, the Billing Official will determine if disciplinary action is necessary and if personal reimbursement of funds will be requested.

(13) If the purchase card is lost or stolen, it must be immediately reported to Customer Service by contacting:

1-888-994-6722 24-hour, 7 days-per-week.

Loss of the card must also be immediately reported to the Administrative Office.

b. As a Cardholder, you are responsible for (i) ensuring that you do not exceed the Bulk Funding amount without obtaining additional approval from the Financial Manager, DSCR-RRO (ii) ensuring that receipts are maintained in accordance with local Government Purchase Card procedures (iii) establishing controls necessary to ensure that your purchase card is secured while not in use to prevent misuse or theft (iv) ensuring that supplies ordered are in compliance with this letter of delegation, and (v) reconciling receipts and monthly transactions logs to the

Monthly Cardholder Statement and forwarding the transaction log and all associated receipts/charge slips to the Billing Official for review.

Purchase Card Training.

a. You must comply with the standards of conduct prescribed in 5 CFR Part 2635 and attend Procurement Integrity Training conducted by the Office of Counsel.

b. You must complete purchase card training when required.

Termination of Appointment.

a. Your appointment may be revoked at any time by the undersigned authority or his successor and shall be terminated in writing.

b. Should you be reassigned from your present position or should your employment be terminated while this appointment is in effect, you shall promptly notify the Administrative Office in writing and return your card once all charges have cleared so that your authorization may be terminated.

Janice Stuckey

JANICE STUCKEY
Director of Contracting
Contracting Directorate

Receipt of this Delegation of Appointment as Purchase ( d Ordering Officer is acknowledged.

Cardholder

5/20/05
Date

DEFENSE LOGISTICS AGENCY
DLA Training Center
P.O. BOX 3990
COLUMBUS, OHIO 43218-3990

JUN 06 2005

IN REPLY
REFER TO DTC-DTWE

MEMORANDUM FOR DTC-DTWE, FORWARD PRESENCE-RICHMOND, VA
ATTN: MS. STELLA FRANCE
MS. DORIS WILSON
MR. GIAN BIANCHINI
MS. CYNTHIA M. CONNELLY

SUBJECT: Delegation of Authority

As authorized by 5 U.S.C., Section 302, Delegation of Authority, and J-1 memorandum dated December 20, 2002, subject: Delegation of Authority, and DTC-D memorandum dated May 27, 2005, subject: Delegation of Authority, I hereby delegate you the authority to review, approve and sign training requests for DLA employees. This delegation is effective immediately.

This authority will be used with discretion. All precedent or policy matters will be discussed with the DLA Training Center Director prior to issuance. The authority contained in this memorandum will be used in accordance with pertinent statutes, rules, regulations, contracts, or orders emanating from the President, Office of Personnel Management, higher Department of Defense authority, recognized collective bargaining agreements, or other appropriate sources.

This authority may not be further delegated.

ELBA LOPEZ-PARKS
Program Execution Branch

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND, VIRGINIA 23297-5450

MAR 07 2005

IN REPLY REFER TO DSCR-SK

MEMORANDUM FOR GIAN BIANCHINI, DTC-DTWE

SUBJECT: Delegation of Appointment for Purchase Cardholder

Appointment. Under DLAD Supplement 1.603-91, you are hereby appointed a purchase card ordering officer for the purpose set forth below. Your appointment shall become effective this date and shall remain effective until you are reassigned, your employment is terminated, or your appointment is revoked. The purpose for the appointment is to make purchases under $25,000.00. You are responsible to and under the technical supervision of **Sharon Forrest, CSO-N,** Billing Official/Certifying Officer; for actions taken as a Purchase Card Ordering Officer.

Authority, Limitation and Requirements. Your appointment is subject to use of the methods of purchase and to the limitations and requirements stated below:

a. Subject to your ensuring that funds are available and that local purchase authority exists for the transaction, you may make purchases using the government purchase card provided that **all** of the following conditions are satisfied:

(1) The aggregate amount of the purchase transaction is not in excess of **$25,000.00 for classroom rental, classroom supplies, and non-governmental training.** You shall not split requirements to avoid this monetary limitation.

(2) Each single purchase may be comprised of multiple items, but the total purchase may not normally exceed **$25,000.00.**

(3) The aggregate amount of purchase transactions within the credit card billing cycle shall not exceed **$180,000.00.** The billing cycle ends on the 5th of each month.

(4) Use of the purchase card should not replace effective procurement planning which enables volume discounts.

(5) The least expensive item which meets the basic needs of the Government should be sought.

(6) Sources should be rotated when making recurring purchases.

(7) Requirements for ADPE (Automated Data Processing Equipment - computers, computer peripherals, printers, fax machines, software; etc) should be forwarded to DSCR-OA for purchase. You may purchase items such as printer cartridges, toner kits or any items deemed consumable and necessary for your computer's function. For clarification, contact Diane Tignor at X5998.

(8) Requirements for BOE (Base Operating Equipment - typewriters, tool kits, etc.) should be forwarded to DSCR-SEE for purchase. For clarification, contact David Erhardt at X5422 or Baron Hudson at X5483.

(9) The contractor shall be notified that the purchase is tax exempt. If the contractor requires a tax identification number, the Administrative Office (DSCR-SK) should be contacted.

(10) Supplies must be available for complete shipment within 30 days.

(11) Cardholders shall adhere to Federal Acquisition Regulation (FAR), Defense Federal Acquisition Regulation Supplement (DFARS), Defense Logistics Agency Regulation (DLAD) and DSCR Acquisition Procedures (DSCAP) requirements. When questions arise, the Administrative Office should be contacted for clarification.

(12) If the Billing Official questions a purchase, you must be able to explain your rationale for the purchase. If the order cannot be justified, the Billing Official will determine if disciplinary action is necessary and if personal reimbursement of funds will be requested.

(13) If the purchase card is lost or stolen, it must be immediately reported to Customer Service by contacting:

1-888-994-6722 24-hour, 7 days-per-week.

Loss of the card must also be immediately reported to the Administrative Office.

b. As a Cardholder, you are responsible for (i) ensuring that you do not exceed the Bulk Funding amount without obtaining additional approval from the Financial Manager, DSCR-RRO (ii) ensuring that receipts are maintained in accordance with local Government Purchase Card procedures (iii) establishing controls necessary to ensure that your purchase card is secured while not in use to prevent misuse or theft (iv) ensuring that supplies ordered are in compliance with this letter of delegation, and (v) reconciling receipts and monthly transactions logs to the

Monthly Cardholder Statement and forwarding the transaction log and all associated receipts/charge slips to the Billing Official for review.

Purchase Card Training.

a. You must comply with the standards of conduct prescribed in 5 CFR Part 2635 and attend Procurement Integrity Training conducted by the Office of Counsel.

b. You must complete purchase card training when required.

Termination of Appointment.

a. Your appointment may be revoked at any time by the undersigned authority or his/her successor and shall be terminated in writing.

b. Should you be reassigned from your present position or should your employment be terminated while this appointment is in effect, you shall promptly notify the Administrative Office in writing and return your card once all charges have cleared so that your authorization may be terminated.

Janice Stuckey

JANICE L. STUCKEY
Director of Contracting
Contracting Directorate

Receipt of this Delegation of Appointment as Purchase Card Ordering Officer is acknowledged.

____________________ ____________________

Cardholder Date