IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a<br>HILTON PHILADELPHIA CITY AVENUE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-145C<br>(Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an 18-day enlargement of time, to and including December 31, 2007, to file its reply brief in support of its motion for summary judgment. Our reply is currently due on December 13, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time, who stated that he does not oppose this enlargement.

The enlargement is requested because plaintiff has filed a cross motion for summary judgment in this matter, and defendant's response to plaintiff's motion is due December 31, 2007. Although the Court's October 9, 2007 Order stated that defendant may file its reply brief on or before December 13, 2007, in light of plaintiff's filing, and in the interest of efficiency, defendant intends to file one brief in this matter that will contain both its reply in support of its own motion for summary judgment, and its response to plaintiff's motion for summary judgment.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 18 days, to and including December 31, 2007, within which to file

a response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

December 5 , 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 5th day of December, 2007, a copy of the Defendant's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore