IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STOUT ROAD ASSOCIATES, INC. t/a HILTON PHILADELPHIA CITY AVENUE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-145C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an 7-day enlargement of time, to and including January 8, 2007, to file its reply brief in support of its motion for summary judgment. Our reply is currently due on December 31, 2007. This is defendant's second request for an enlargement of time for this purpose, the Court having granted defendant's motion for a thirteen-day enlargement on December 6, 2007. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time, who stated that he does not oppose this enlargement.

The enlargement is requested because of counsel of record's current workload, which includes drafting discovery responses in Lakeland Partners LLC v. United States, Court of Federal Claims No. 2006-295, due December 31, 2007 and Ann Thomas v. United States, Court of Federal Claims No. 2007-212, due December 28, 2007; and responding to a motion to compel in Lakeland Partners LLC v. United States, Court of Federal Claims No. 2006-295, due January 7, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 7 days, to and including January 8, 2008 within which to file a

response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Mark A. Melnick____
MARK A. MELNICK
Assistant Director

/s/Carrie A. Dunsmore_________
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

December 21, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 21th day of December, 2007, a copy of the Defendant's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore