# In the United States Court of Federal Claims

No. 07-145C

(Filed: December 27, 2007)

**************************************** *
*
STOUT ROAD ASSOCIATES, INC., *
t/a HILTON PHILADELPHIA CITY AVENUE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

SCHEDULING ORDER

On December 21, 2007, Defendant submitted an unopposed motion for an enlargement of time to file its reply brief in support of its motion for summary judgment. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant shall file its reply brief and response to Plaintiff's cross motion for summary judgment by January 8, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge