# EXHIBIT A

**BEFORE THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Stout Road Associates, Inc.<br>t/a Hilton Philadelphia City Avenue<br><br>v.<br><br>United States | Fed. Cl. No. 07-015C |

## DECLARATION OF DONNA M. RUTKOWSKI

I, Donna M. Rutkowski, declare as follows:

1. I am a Quality Assurance (QA) Specialist intern under the Defense Logistics Agency's Intern Development Program. I am stationed at Defense Supply Center Richmond. I have been a QA Specialist intern since January of 2006

2. As a QA Specialist intern, I am in job series 1910 under the federal personnel system. The Position Description for my job is attached to this declaration.

3. As a QA Specialist intern, I have no authority to enter into contracts on behalf of the Government.

4. On April 24, 2007, I called Plaintiff's Hilton Philadelphia City Avenue Hotel to inquire about the availability of rooms at the hotel for myself and 14 other QA Specialist interns. The purpose of our travel was to attend a two-week training at the Defense Supply Center Philadelphia from July 10, 2007 to July 21, 2007.

5. On April 24, 2006, the hotel faxed me a Letter of Agreement holding a block of 15 rooms for the period of July 9 - 21, 2007 at the Government rate of $125 per night per room, totaling $22,500.

6. On April 25, 2006, I signed the Letter of Agreement. I informed my supervisor, Ms. Lilibeth de los Santos, that I had made hotel reservations for all of the interns.

7. On June 14, 2006, Ms. de los Santos informed me that the two-week class scheduled for July had been cancelled. That day, I emailed the hotel to inform it that the 15 room reservations for July 9 – 21, 2006 would need to be cancelled.

8. On June 15, 2006, the hotel replied by email and asserted its entitlement to $18,000 in cancellation fees. I reported this to Ms. de los Santos and my second-line supervisor, Mr. Rowland Herpel. Mr. Herpel advised me to cease further communications with the hotel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Richmond, Virginia on May 29, 2007.

DONNA M. RUTKOWSKI
Quality Assurance Specialist Intern

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

1. Agency Position No. G0226

2. Reason for Submission: [ ] Redescription [ ] New [ ] Reestablishment [X] Other

Explanation *(Show any Positions replaced)*

3. Service: [ ] Hdqtrs. [X] Field

4. Employing Office Location: DLA, DTC, Cols., OH

5. Duty Station: Columbus, OH

6. OPM Certification No.

7. Fair Labor Standards Act: [ ] Exempt [X] Nonexempt

8. Financial Statements Required: [ ] Executive Personnel Financial Disclosure [ ] Employment and Financial Interests

9. Subject to IA Action: [X] Yes [ ] No

10. Position Status: [X] Competitive [ ] Excepted *(Specify in Remarks)* [ ] SES (Gen.) [ ] SES (CR)

11. Position Is: [ ] Supervisory [ ] Managerial [X] Neither

12. Sensitivity: [ ] 1-Non-Sensitive [ ] 3-Critical Sensitive [ ] 2-Noncritical Sensitive [ ] 4-Special Sensitive

13. Competitive Level Code: 128

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Quality Assurance Specialist | GS | 1910 | 07 | K.M. | 4/3/00 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position *(if different from official title)*

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment: Defense Logistics Agency

a. First Subdivision: Defense Logistics Support Command (DLSC)

b. Second Subdivision

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

nployee Review-This is an accurate description of the major duties and ısibilities of my position.

Signature of Employee *(optional)*

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor
FRANK B. LOTTS
Deputy Commander, Defense Logistics Support Command

Signature: [signature] Date: 3/21/00

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*

Signatures | Date

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
ENNETH W. MAYFIELD
'osition Classification Specialist

Signature: Kenneth W. Mayfield Date: 4/3/00

22. Position Classification Standards Used in Classifying/Grading Position
OPM, PCS for Quality Assurance Series, GS-1910, Mar 1983.

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

Target Grade is GS-11

7777

25. Description of Major Duties and Responsibilities *(See Attached)*

G0226

DEFENSE LOGISTICS AGENCY (DLA)
AGENCY JOB GUIDELINE (AJG)

Quality Assurance Specialist
GS-1910-07

G0226

## JOB SUMMARY

Serves as advanced entry-level intern enrolled in the DLA Corporate Entry-Level Intern Program. Performs a series of progressively more responsible assignments for a wide range of quality assurance (QA) functions for a broad product area, resolving QA problems for DLA contracts and managed items, along with formal on-the-job training (OJT) to prepare the incumbent for advancement to the target grade of GS-11. As the incumbent's experience and training expand, the scope and independence of assignments are accordingly increased. The incumbent is subject to permanent change in station in accordance with the DLA Trainee Employment and Mobility Agreement. Temporary duty travel may be required by various modes of military and civilian transportation within the United States.

## MAJOR DUTIES

1. Attends required formal training as outlined in the Program of Development. Completes administrative requirements for interns, i.e., submission of required training forms.

____%.

2. Performs developmental assignments for a wide variety of QA tasks. Once orientated in the practical application of QA methods, performs QA duties under the guidance of a higher grade specialist which are developmental and/or recurring in providing preaward and postaward support to contracting officers and engineering activities, QA contract administration components, and DLA contractors. Applies QA support in performing the following duties:

- Reviews technical, contracting, and quality history data and develops, determines, and tailors QA contract provisions to meet the needs of each contract.

- Prepares and issues QA letters of instruction to government inspection activities/depots on contact quality requirements and history.

- Performs quality systems management visits to evaluate the adequacy of technical requirements and product conformance.

- Evaluates QA procedures, reports, inspection and test/methods and other operational aspects involving assigned items/commodities.

G0226

- Evaluates bid samples and furnishes recommendations for approval or disapproval.
- Establishes and maintains quality history files by item, contractor and specification and provides data to the focal point for system entry. ______%

Performs other duties as assigned.

Factor 1 – Knowledge Required by the Position – Level 1-6, 950 Points

Knowledge of established techniques, regulations, and requirements related to QA functions to plan and perform a variety of assignments of moderate scope and complexity for which there are precedents.

Skill in interpreting, explaining, and applying technical requirements and specifications to quality problems encountered in such activities as procedures evaluation, process audits, product inspections, or investigations of defective material.

Knowledge of products having characteristics that make them less complex, including associated manufacturing processes and inspection techniques.

Practical knowledge of conventional factfinding or investigative techniques, and skill to develop, analyze, and evaluate facts relative to unsatisfactory conditions or trends, and to prepare documented report of findings.

Skill in maintaining effective working relationships in the activity served by the QA organization.

Ability to communicate effectively, both orally and in writing.

Factor 2 – Supervisory Controls – Level 2-2, 125 Points

The supervisor or a higher-grade specialist makes continuing or individual assignments by indicating the general nature and scope of the task, purpose of the work, and the anticipated results. Assignments are typically defined segments of larger projects, or assignments are structured to increase the intern's knowledges and skills in the practical application of QA methods and techniques. For new or unusual assignments the intern is provided additional guidance concerning procedures to be followed, approaches to be taken, or available reference material. Recurring assignments are completed without additional instructions. The supervisor or higher-grade specialist is available for advice and assistance on problems and unfamiliar situations not covered by instructions. The supervisor may check with the intern during the performance of the work to insure that the assignment is progressing correctly. Completed work assignments are reviewed for technical accuracy, thoroughness, and compliance with instructions and guideline material. Review of recurring assignments becomes less detailed commensurate with the intern's progress in acquiring job-related knowledge and skills.

G0226

Factor 3 – Guidelines – Level 3-2, 125 Points

A number of specific guidelines containing established procedures for performing assignments are available, as needed. Guidelines also include material specifications and standards, product drawings, technical bulletins, inspection/test procedures, and standard checklists for evaluating shop procedures and operations. The intern uses judgement in selecting the appropriate checklist, guide, or reference for application to the work and in making minor changes to tailor the guidelines to specific assignments. Where guidelines cannot be applied or significant deviations are indicated by the situation, the intern obtains guidance from the supervisor or higher-grade specialist.

Factor 4 – Complexity – Level 4-2, 75 Points

The work involves performance of closely related individual tasks and assignments or assisting higher-grade specialists in the work of larger projects. Such assignments are typically an extension of formal training, and provide opportunity for practical application of basic QA methods, while increasing the intern's knowledge of pertinent product/process characteristics. Decisions on acceptability of a particular product or procedures are usually based on objective measurements, observations, or references to precedent material. Actions to be taken differ in such things as the source of information, sequence of individual tasks, the type of report format to be used, or other differences of a factual nature.

Factor 5 – Scope and Effect – Level 5-2, 75 Points

The work involves performance of clearly defined assignments, or projects involving the application of directly related precedent material or specific work procedures. Such assignments are designed to further increase and refine job related knowledges and skills, and to provide assistance to higher-grade specialists. The work contributes to the overall effectiveness of QA activities by relieving higher-grade specialists of more routine work assignments such as gathering preliminary information on conditions and practices having a potential impact on quality. Information gathered concerning the application of quality procedures, review of technical quality requirements, or the results of inspections and tests provide a basis for decisions and action by senior-level specialist.

Factor 6 – Personal Contacts – Level 6-2, 25 Points

Personal contacts are with employees and officials within the Supply Center. Contacts include personnel in engineering, supply, or related functions. Also included are contacts with QA and program officials at higher organizational levels within DLA. While the majority of the contacts are with DLA employees and officials, some contacts may occur with individuals outside DLA. Generally such contacts involve a structured situation, in that they are arranged by or occur in the company of a higher level specialist.

G0226

Factor 7 – Purpose of Contacts – Level 7-1, 20 Points

Purpose of contacts is to obtain/exchange factual information related to QA assignments, e.g., to ascertain how particular tests or measurements are performed, report on results of inspections or analyses, or obtain statistical data on production runs. Independent contacts occur primarily within the immediate organization. Contacts outside the immediate organization are structured to provide training assignments and are in the company of a supervisor or higher grade QA Specialist.

Factor 8 – Physical Demands – Level 8-1, 5 Points

Formal training and OJT are primarily sedentary. For occasional visits to manufacturing facilities and supply depots, work involves walking, stooping, bending, and at times, climbing while performing a variety of observations in evaluating a quality system in operation or in the performance of a series of tests for evaluation of a product.

Factor 9 – Work Environment – Level 9-1, 5 Points

Formal training is accomplished in a classroom environment. OJT is normally performed in a typical office setting. For occasional visits to manufacturing facilities and supply depots, the intern may encounter environments that include extreme temperatures, high levels of noise, moving equipment, and operating machines.

Total points – 1,405

# EXHIBIT B

**BEFORE THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Stout Road Associates, Inc.<br>t/a Hilton Philadelphia City Avenue<br><br>v.<br><br>United States | Fed. Cl. No. 07-015C |

**DECLARATION OF TANYA F. HILL**

I, Tanya F. Hill, declare as follows:

1. I am the Chief of the Contract Review and Pricing Division in the Procurement Process Support Directorate at the Defense Supply Center Richmond (DSCR). I report directly to the DSCR Senior Procurement Official. I have been in this assignment since September of 2005. For six years prior to my current assignment, I was the Chief of the Acquisition Workforce Development Branch and Chief of the Contract Review Branch, which is part of the Contract Review and Pricing Division.

2. The Acquisition Workforce Development Branch is responsible for management of the Contracting Officer Warrant Program which includes reviewing and processing applications for warrants for contracting authority and maintaining a list of persons at DSCR who have warranted contracting authority.

3. Only persons issued warrants are authorized to enter into binding contracts on behalf of the Government.

4. Warrants are issued to persons who meet the training and experience requirements defined in governing regulations, such as the Federal Acquisition Regulation. Attached to this Declaration are several of those regulations.

5. Approximately 400 employees at DSCR currently have warrants. With very few exceptions, all of these employees occupy positions in the 1101 or 1102 job series under the federal personnel system.

6. Ms. Donna Rutkowsi, Ms. Lilibeth de los Santos, and Mr. Rowland Herpel do not have warrants presently. Nor did either of these individuals have a warrant during the April to June 2006 timeframe.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Richmond, Virginia on May 30, 2007.

Tanya F. Hill
TANYA F. HILL
Chief, Contract Review and Pricing Division

# FEDERAL ACQUISITION REGULATION

## Subpart 1.6—Career Development, Contracting Authority, and Responsibilities

### 1.601 General.

(a) Unless specifically prohibited by another provision of law, authority and responsibility to contract for authorized supplies and services are vested in the agency head. The agency head may establish contracting activities and delegate broad authority to manage the agency's contracting functions to heads of such contracting activities. Contracts may be entered into and signed on behalf of the Government only by contracting officers. In some agencies, a relatively small number of high level officials are designated contracting officers solely by virtue of their positions. Contracting officers below the level of a head of a contracting activity shall be selected and appointed under 1.603.

(b) Agency heads may mutually agree to—

(1) Assign contracting functions and responsibilities from one agency to another; and

(2) Create joint or combined offices to exercise acquisition functions and responsibilities.

### 1.602 Contracting officers.

### 1.602-1 Authority.

(a) Contracting officers have authority to enter into, administer, or terminate contracts and make related determinations and findings. Contracting officers may bind the Government only to the extent of the authority delegated to them. Contracting officers shall receive from the appointing authority (see 1.603-1) clear instructions in writing regarding the limits of their authority. Information on the limits of the contracting officers' authority shall be readily available to the public and agency personnel.

(b) No contract shall be entered into unless the contracting officer ensures that all requirements of law, executive orders, regulations, and all other applicable procedures, including clearances and approvals, have been met.

### 1.602-2 Responsibilities.

Contracting officers are responsible for ensuring performance of all necessary actions for effective contracting, ensuring compliance with the terms of the contract, and safeguarding the interests of the United States in its contractual relationships. In order to perform these responsibilities, contracting officers should be allowed wide latitude to exercise business judgment. Contracting officers shall—

(a) Ensure that the requirements of 1.602-1(b) have been met, and that sufficient funds are available for obligation;

(b) Ensure that contractors receive impartial, fair, and equitable treatment; and

(c) Request and consider the advice of specialists in audit, law, engineering, information security, transportation, and other fields, as appropriate.

### 1.603 Selection, appointment, and termination of appointment.

### 1.603-1 General.

Subsection 414(4) of Title 41, United States Code, requires agency heads to establish and maintain a procurement career management program and a system for the selection,

appointment, and termination of appointment of contracting officers. Agency heads or their designees may select and appoint contracting officers and terminate their appointments. These selections and appointments shall be consistent with Office of Federal Procurement Policy's (OFPP) standards for skill-based training in performing contracting and purchasing duties as published in OFPP Policy Letter No. 92-3, Procurement Professionalism Program Policy—Training for Contracting Personnel, June 24, 1992.

**1.603-2 Selection.**

In selecting contracting officers, the appointing official shall consider the complexity and dollar value of the acquisitions to be assigned and the candidate's experience, training, education, business acumen, judgment, character, and reputation. Examples of selection criteria include—

(a) Experience in Government contracting and administration, commercial purchasing, or related fields;

(b) Education or special training in business administration, law, accounting, engineering, or related fields;

(c) Knowledge of acquisition policies and procedures, including this and other applicable regulations;

(d) Specialized knowledge in the particular assigned field of contracting; and

(e) Satisfactory completion of acquisition training courses.

**1.603-3 Appointment.**

(a) Contracting officers shall be appointed in writing on an SF 1402, Certificate of Appointment, which shall state any limitations on the scope of authority to be exercised, other than limitations contained in applicable law or regulation. Appointing officials shall maintain files containing copies of all appointments that have not been terminated.

(b) Agency heads are encouraged to delegate micro-purchase authority to individuals who are employees of an executive agency or members of the Armed Forces of the United States who will be using the supplies or services being purchased. Individuals delegated this authority are not required to be appointed on an SF 1402, but shall be appointed in writing in accordance with agency procedures.

**1.603-4 Termination.**

Termination of a contracting officer appointment will be by letter, unless the Certificate of Appointment contains other provisions for automatic termination. Terminations may be for reasons such as reassignment, termination of employment, or unsatisfactory performance. No termination shall operate retroactively.

**DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT**

**201.603 Selection, appointment, and termination of appointment.**

**201.603-2 Selection.**

(1) In accordance with 10 U.S.C. 1724, in order to qualify to serve as a contracting officer with authority to award or administer contracts for amounts above the simplified acquisition threshold, a person must—

(i) Have completed all contracting courses required for a contracting officer to serve in the grade in which the employee or member of the armed forces will serve;

(ii) Have at least 2 years experience in a contracting position;

(iii) Have—

(A) Received a baccalaureate degree from an accredited educational institution; and

(B) Completed at least 24 semester credit hours, or equivalent, of study from an accredited institution of higher education in any of the following disciplines: accounting, business finance, law, contracts, purchasing, economics, industrial management, marketing, quantitative methods, and organization and management; and

(iv) Meet such additional requirements, based on the dollar value and complexity of the contracts awarded or administered in the position, as may be established by the Secretary of Defense.

(2) The qualification requirements in paragraph (1)(iii) of this subsection do not apply to a DoD employee or member of the armed forces who--

(i) On or before September 30, 2000, occupied--

(A) A contracting officer position with authority to award or administer contracts above the simplified acquisition threshold; or

(B) A position either as an employee in the GS-1102 occupational series or a member of the armed forces in an occupational specialty similar to the GS-1102 series;

(ii) Is in a contingency contracting force; or

(iii) Is an individual appointed to a 3-year developmental position. Information on developmental opportunities is contained in DoD Manual 5000.52-M, Acquisition Career Development Program.

(3) Waivers to the requirements in paragraph (1) of this subsection may be authorized. Information on waivers is contained in DoD Manual 5000.52-M.

**201.603-3 Appointment.**

(a) Certificates of Appointment executed under the Armed Services Procurement Regulation or the Defense Acquisition Regulation have the same effect as if they had been issued under FAR.

(b) Agency heads may delegate the purchase authority in 213.301 to DoD civilian employees and members of the U.S. Armed Forces.

## DEFENSE LOGISTICS ACQUISITION DIRECTIVE

### 1.601 General.

Authority conferred upon the Heads of contracting activities, Commanders of contracting offices or the chief of the contracting office under any paragraph of DLAD may be delegated with power of redelegation to other officials, except when specifically limited by law or the provisions of the pertinent DLAD paragraph. The chief of the contracting office will maintain a list of all delegations and promptly notify HQ, DLA, ATTN: J-71, of any changes.

### 1.601-90 Center Senior Procurement Official

(a) In order to minimize the risk attendant to the integration of the contracting function into multifunctional teams at the Inventory Control Points (ICPs), each Head of Contracting Activity (HCA) shall establish within the activity a position of Center Senior Procurement Official (CSPO). The CSPO shall be a strong, functionally independent procurement official. The position shall be a critical acquisition position at the civilian GM-15 or military 0-6 level, and shall be filled by an individual who is certified at level III in the contracting career path under the Defense Acquisition Workforce Improvement Act (DAWIA). The CSPO shall be the "Chief of the Contracting Office" as defined in subpart 2.1.

(b) Responsibilities. The CSPO shall maintain oversight of the activity's procurement function and ensure the fundamental integrity of the activity's procurement system for and on behalf of the HCA. To accomplish this, the CSPO shall:

(1) Have responsibility for the contract policy, pricing, and clearance and oversight functions.

(2) Serve as the Defense Supply Center's clearance authority (see 1.690-3(a)).

(3) Ensure that a review and approval channel consisting of DAWIA certified or certifiable GS-1102s or GS-1101s in the contracting career path, matrixed if necessary, is in place to provide review and approval of contracting actions specified by regulation. This review and approval channel shall also assist in the resolution of complex contracting issues that are elevated by contracting officers.

(4) Select, appoint, and terminate the appointment of contracting officers when such authority has been delegated to the chief of the contracting office in accordance with 1.603-1.

(5) Manage the activity's Contracting Officer Warrant Program (see 1.603-1(91)). The objective of this program is to ensure that only those officials who fully meet appropriate selection criteria are appointed and retained as contracting officers when an organizational need occurs.

(6) Manage the activity's Contracting Officer Review Program (see 1.603-91).

(7) Ensure compliance with the requirements for evaluations of contracting officers and others in the contracting career field as specified in DLAD 1.603.94[3].

(8) Ensure that contracting personnel, including those in developmental programs, obtain the mandatory training, education, and experience required by DoD 5000.52M to become certified at the appropriate levels.

(9) Assure that Defense Acquisition University (DAU) course quotas are requested in sufficient numbers to meet training requirements and that these quotas are used or returned in

time for the Army Training Requirements and Resources System (ATRRS) to reallocate the spaces.

(10) Together with the HCA and the Center's Civilian Personnel Office, designate critical acquisition positions within the activity.

(11) Ensure waiver requests are processed through the HCA to the Agency's Acquisition Career Program Board (ACPB) in accordance with CAH letter dated November 10, 1994, subject: Waiver of Requirement to be a Member of the Defense Acquisition Corps. This letter states that "only persons who are members of the acquisition corps may serve in critical acquisition positions unless a waiver is obtained." The letter also provides the general criteria for a waiver request, i.e., "significant potential for advancement to levels of greater responsibility and authority -- based on demonstrated analytical and decision-making capabilities, job performance, and qualifying experience."

(12) Be the program manager for the activity's program of development for first line supervisors of multi-functional teams. The policy for this program is specified in AQP/MMS letter dated July 14, 1994, subject: Supervisory Development Programs in Commodity Business Units, Commodity Management Groups, and Like Organizations. Paragraph 5.d. of this letter establishes the requirement that "an employee residing at a senior contracting career level should be designated as program manager" for the Center's program for the development of first line supervisors of multi-functional organizations. This does not preclude the participation of personnel from other disciplines in this program.

(13) Develop a Contract Quality Management Plan that describes how integrity is preserved within the contracting function (see 1.601-91).

**1.601-91 Contract Quality Management Plan.**

(a) Each HCA shall be responsible for a Contract Quality Management Plan (CQMP). The purpose of the plan is to assure that each HCA has in place an effective management control plan for assuring contracting system controls and integrity and for continuous improvement of contract quality in all phases of the procurement process. The CSPO (see 1.601-90) shall develop the plan for and on behalf of the HCA.

(b) The CQMP shall address the following elements:

(1) A description of the procedures in place assuring that the CSPO has been assigned responsibility for the contract policy, pricing, and clearance and oversight functions (see 1.601-90(b)(1)).

(2) A description of how continuous contract quality improvement will be achieved utilizing the eight contract clearance standards at 1.690-4.

(3) A description of the contracting review and approval channel within the activity. This review and approval channel shall consist of DAWIA certified or certifiable GS-1102s or 1101s in the contracting career path.

(4) A description of the activity's Contracting Officer Warrant Program (see 1.603-1(91)).

(5) A description of the activity's Contracting Officer Review Program (see 1.603-91).

(6) How the contracting activity complies with the requirements for evaluations of contracting officers and others in the contracting career field as specified in DLAD 1.603.94[3].

(7) A description of how the CSPO ensures that activity contracting personnel, including those in a developmental program, attend mandatory DAWIA training courses and that they obtain the required education and experience.

(8) A description of how the activity's DAWIA certification process is managed.

(9) A description of how the activity's critical acquisition positions are determined and the procedures for processing a waiver request.

(10) A description of how the activity's program for developing a pool of talent for filling multi-functional supervisory vacancies is managed (see AQP/MMS letter dated July 14, 1994, subject: Supervisory Development Programs in Commodity Business Units, Commodity Management Groups, and Like Organizations).

(c) The CQMP and substantial revisions thereto shall be submitted by the HCA for approval by the Director, Acquisition Management, (J-7). The plan shall be kept current.

**1.602 Contracting officers.**

**1.602-1 Authority.**

(a) Each appointing authority shall prepare and maintain a current listing of all of the activity's contracting officers and the limits of their authority. This list shall also include the name and location of any contracting officer assigned to an activity but physically located at other than the central activity. The listing shall be in the sample format at (b) below. A copy of this listing will be provided to HQ DLA, ATTN: J-73, annually at the beginning of each fiscal year.

(b) Sample format for listing of contracting officers:

| NAME | DATE OF CURRENT GRADE | WARRANT | DOLLAR LEVEL | CANDIDATE SELECTION (Yes or No) | MEETS CRITERIA (Yes or No) | INTERIM APPOINTMENT |
|---|---|---|---|---|---|---|

(c) Contracting officer warrants lists shall be reviewed by J-7313. The review will include the following considerations: a contracting office's needs for the number and dollar values of warrants relative to the office's size and mission; whether warrants should be limited or unlimited; whether warrants are rescinded when appropriate; whether contracting officers meet the FAR/DFARS/DLAD selection criteria; the number and duration of waivers to selection criteria; and whether a periodic review of contracting officers warrants by the contracting office has been accomplished.

**1.602-2 Responsibilities.**

(90) Contracting officers shall be bound in all their actions to exercise reasonable care, skill, and judgment.

1.603 Selection, appointment, and termination of appointment.

**1.603-1 General.**

The authority in FAR 1.603-1 for selection, appointment, and termination of appointment of contracting officers has been delegated by the Director, DLA to the DLA Heads of Contracting Activities (HCAs). For the activities not designated as contracting activities (see DLAD 2.101), the Director, Acquisition Management, (J-7), as HCA, has delegated this authority, to the Commander of those activities and to the Directors, DAPS, and DES, and the Administrator, DNSC. This authority is delegable, without power of redelegation to the chief of the contracting office.

(90) Definitions.

"Appointing Authority" means any person delegated the authority to appoint contracting officers in accordance with 1.603-1 above.

"Warrant Limitations" are limitations, in addition to the DLAD, laws, Executive Orders, and other applicable regulations, which are imposed on the authority of contracting officers either by delegation or actions of the appointment authority. These limitations may include, but are not limited to, dollar obligation ceilings, interim appointment period, requirements for prior reviews by higher authority, or other approval requirements.

(91) The DLA Contracting Officer Warrant Program.

(a) As prescribed in FAR 1.603-1, DLA has established the DLA Contracting Officer Warrant Program for the selection, appointment, and termination of contracting officer warrants.

(b) The objective of this program is to ensure that only those officials who fully meet appropriate selection criteria are appointed and retained as contracting officers when an organizational need occurs.

**1.603-2 Selection.**

(90) Selection criteria for contracting officer appointments are listed in DFARS 201.603-2. Education and training requirements for warrants above this threshold are also set forth in DoD 5000.52M, Acquisition Career Development Program (November 1995); see especially Appendix M. There are no specific education or training requirements for contracting officers, other than those pertaining to the candidate's series and grade level, for warrants for simplified acquisitions above the micropurchase threshold but under the simplified acquisition threshold.

(a) Experience requirements and selection procedures:

(1) Candidates for simplified acquisition contracting officer warrants above $2,500 shall have two years of recent experience in Government or commercial contracting, including 6 months experience applicable to the dollar threshold or nature of procurement actions for which the warrant will be issued.

(2) For Contracting Officer Warrants above the simplified acquisition threshold, candidates shall meet the following additional experience requirements:

(i) Warrants for up to a maximum of $500,000: Three years of recent, progressively complex and responsible contracting and/or staff experience in Government or commercial contracting.

(ii) Warrants which exceed $500,000: Four years of recent, progressively complex and responsible contracting and/or staff experience in Government or commercial contracting.

(3) Field buyers and Defense Subsistence Office Personnel placing calls against Blanket Purchase Agreements for fresh fruits and vegetables may be exempt from the above requirements. Appointing authorities may establish specialized selection criteria as appropriate for these two categories of warranted personnel.

(4) At the request of the supervisor, the candidate will prepare a Contracting Officer Warrant Program Selection Statement using the following format:

SAMPLE CONTRACTING OFFICER WARRANT PROGRAM SELECTION STATEMENT.

This format should be used by each contracting officer candidate when applying for a contracting officer's warrant:

1. NAME
2. TITLE, SERIES, GRADE
3. OFFICE
4. RELEVANT EXPERIENCE (Begin with current position and go back for a minimum of two years. Include up to four relevant positions.) Information on each position should include:

A. NAME OF EMPLOYER
B. DATES EMPLOYED
C. TITLE OF POSITION
D. KIND OF BUSINESS/ORGANIZATION
E. DESCRIPTION OF WORK (Include quantity, complexity, type, and average dollar amount of documents obligated, if applicable.)

5. OTHER RELEVANT SPECIAL QUALIFICATIONS, CERTIFICATIONS, OR SKILLS
6. RELEVANT HONORS, AWARDS OR FELLOWSHIPS RECEIVED
7. EDUCATION:

A. HIGHEST LEVEL COMPLETED
DIPLOMA RECEIVED: ( )YES ( )NO
B. NAME OF COLLEGE/UNIVERSITY
(1) DATES ATTENDED
(2) NUMBER OF CREDITS COMPLETED (Indicate whether credits are semester or quarter hours.)
(3) TYPE AND YEAR OF DEGREE
(4) CHIEF UNDERGRADUATE COLLEGE SUBJECTS
(5) MAJOR FIELD OF STUDY AT HIGHEST LEVEL OF COLLEGE WORK

8. CONTRACTING RELATED TRAINING (See 1.603-2 for training requirements):

| NAME OF COURSE ATTENDED | NAME OF SCHOOL | DATE |
|---|---|---|

(5) The supervisor will review this statement to determine the candidate's ability to perform the functions required to meet the organizational need.

**1.603-3 Appointment.**

(a) Request for Appointment.

(1) The supervisor will complete a Request for Appointment of a Contracting Officer (such as the sample below), justifying the validity of the organizational need and verifying the contracting

officer candidate's compliance with selection criteria. The supervisor will sign the request and submit it through appropriate organizational channels to the appointing authority.

SAMPLE REQUEST FOR APPOINTMENT OF A CONTRACTING OFFICER.

The following findings and determinations are made pursuant to applicable law and regulation.

1. There is a clear and convincing need to appoint a contracting officer with the ability to perform at the __________ ( dollar threshold) warrant level for the following reasons: (Include discussion of quantity, complexity, type, and average dollar amount of documents to be obligated).

2. Request the following contracting officer candidate be appointed a warrant with the above dollar limitation: (Name, Title, Series and Grade).

3. The contracting officer candidate will occupy the following organizational level: (Office/Branch/Division).

4. The candidate's Contracting Officer Warrant Program Selection Statement stating the candidate's background is enclosed. For the limits set forth above: (Check as applicable.)

_____ The candidate meets the selection criteria.
_____ This candidate does not meet the minimum criteria in (experience, education and/or training), namely; (Indicate deficiency)________________________________________________
_____ An interim appointment for the period of ______________is requested because________________________________________________
(Include rationale/justification needed to issue warrant despite failure to meet qualification criteria.) These experience and/or training needs will be identified in the candidate's individual development plan and must be completed by____________________________.

5. In addition to the limitations imposed by the Defense Logistics Acquisition Directive, the DoD FAR Supplement, the FAR, laws, Executive Orders, and other applicable regulations, the following additional warrant limitations are imposed:

Dollar threshold:________________________________________________
Other limitations:________________________________________________

6. The candidate's current conflict of interest disclosure statement, OGE Form 450, "Executive Branch Confidential Financial Disclosure Report", as required by DLAD 5500.1, Standards of Conduct, is on file with the appropriate standards of conduct counselor. The above findings and determinations are made pursuant to applicable law and regulations:

SUPERVISOR:

....................................................................
(Signature of Supervisor of the Candidate/Date)
(Typed Name, Title, Office)

APPROVED: ..........................................................
(Appointing Authority/Date)
(Typed Name, Title, Office)

(2) The appointing authority will review candidate applications and appoint Contracting Officers. If additional information is required by the appointing authority, the document will be returned with a request for further explanation or supporting data. The appointing authority shall determine the validity of the need, whether the candidate meets applicable selection criteria, and what warrant limitations should be applied. In the event that the appointing authority determines

that there is not an organizational need for a contracting officer, the candidate will be notified of this decision.

(3) The appointing authority may have the candidate appear before a Contracting Officer Review Board as described in 1.603-92(b).

(4) The completed Request for Appointment of a Contracting Officer is subject to the Privacy Act of 1976 and shall be maintained in a secure location deemed appropriate by the appointing authority.

(5) Personnel shall not ordinarily be appointed as contracting officers if they do not meet the applicable selection criteria (see DFARS 201.603-2). If a candidate does not meet the selection criteria, an interim appointment may be granted. The appointing authority shall consider experience and past performance when making an interim appointment. Interim appointments shall normally be limited to dollar obligations at or below the simplified acquisition threshold in FAR Part 13. The appointing authority will require that all training or experience requirements will be met within 18 months. Failure to successfully fulfill the training requirements within that timeframe will result in loss of the warrant or issuance of another interim warrant, whichever is deemed necessary. If no appointment is granted, the candidate will be provided with a written explanation of the reasons.

(6) Appointments will be documented and copies filed as prescribed at FAR 1.603-3. Each SF 1402, Certificate of Appointment, shall be serially numbered by each DLA appointing authority. The SF 1402 will contain any warrant limitations, including limitations on the period of appointment. The original Certificate of Appointment shall be provided to the appointed contracting officer and retained at the contracting officer's duty station.

(7) Changes, either increasing or decreasing the warrant limitations of a contracting officer, shall be made solely at the discretion of the appointing authority. When an appointing authority determines to make such changes, a new Certificate of Appointment shall be issued based upon an updated selection statement and request for appointment.

(b) Pursuant to DFARS 201.603-3(b), Heads of Contracting Activities, or their authorized designees, acting in their capacity as purchase card authorizing officials as delineated in DLAI DLA Government Purchase Card Program One Book Chapter, may authorize cardholders to use the purchase card in accordance with the criteria at DFARS 213.301. Cardholder appointment letters shall reflect the appropriate single purchase limit threshold.

**1.603-90 Ordering Officers.**

Contracting Officers, by virtue of their warrant, are authorized to designate qualified individuals as ordering officers. Such designations must be in writing. Limitations on the authority of the ordering officer shall be stated in the contract or in the letter of appointment. Ordering officers may place orders under contracts such as indefinite delivery contracts or Federal Supply Schedules and calls under blanket purchase agreements. Contracting officers shall assure that ordering officers are familiar with DoD contract reporting requirements and shall comply with the DoD contract reporting requirements for such actions.

**1.603-91 Micro-purchase contracting authority.**

(a) Individuals authorized to make micro-purchases shall be so designated, in writing, and, except for individuals authorized to only make such purchases with the government commercial purchase card, are required to complete the Defense Small Purchase Course.

(b) Issuance of a government-wide commercial purchase card constitutes authority to make micro-purchases (see FAR 1.603-3(b)). This procurement authority is issued under the

procedures of the DLA Credit Card Instruction, DLAI DLA Government Purchase Card Program One Book Chapter and is not subject to the limitation on delegation of authority for selection, appointment, or termination at 1.603-1 or the contracting officer review program at 1.603-92.

**1.603-92 Contracting Officer Review Program.**

(a) Each appointing authority will establish a Contracting Officer Warrant Review Program consisting of the following:

(1) An annual assessment of the organizational need for Contracting Officer appointments.

(2) Appointment of a Contracting Officer Review Board to accomplish the following:

(i) Review and approve initial Contracting Officer appointment procedures.

(ii) Once every three years conduct reviews of each Contracting Officer appointment as described below:

(A) An evaluation of the contracting officer's work products to include a cumulative assessment of the results of preaward and postaward reviews of contract actions by the activity contract review personnel.

(B) An examination of the contracting officer's Individual Development Plan to include completion of mandatory training courses for the level of warrant held, on-the-job training, and required college degree or 24 semester hours of business related study, unless exempted based upon criteria set forth in DFARS 201.603-2(2).

(C) A review of the contracting officer's professional competency which may include an appearance before the Contracting Officer Review Board to demonstrate that the contracting officer possesses the required knowledge of contracting officer authority and responsibility, the role of a contracting officer, activity/agency contracting procedures, decision making skills, and ethics.

(iii) Place written documentation of the results of the triannual review in the contracting officer's appointment file.

(b) The Contracting Officer Review Board will be composed of PLFA contracting personnel who have held contracting officer warrants from the following offices (or equivalent): Director or Deputy Director of Contracting, Plans, Policy and Systems Office, Business Review Office, and a senior contracting officer from a contracting team. Board results will be recorded and placed in the appointment file.

**1.603-93 Requirements for evaluations of contracting officers and others in the contracting career field** - In accordance with Department of Defense Instruction (DoDI) 5000.66 "Operation of the Defense Acquisition, Technology, and Logistics Workforce Education, Training, and Career Development Program," December 21, 2005 --

(a) The first level performance evaluations of contracting officers shall be performed by individuals in the contracting career chain (GS-1102s and GS 1101s) who are certified in the Defense Acquisition Workforce Improvement Act (DAWIA) Contracting Career Field at a level no lower than that of the individual being evaluated. The only exception is the Chief of the Contracting Office whose first level performance evaluation shall be performed by the contracting activity Commander/Director/Administrator.

(b) If personnel in the contracting career field are not contracting officers, they shall have an opportunity for review of their performance appraisals by an individual in the

contracting career field who is DAWIA certified in Contracting at a level no lower than the individual being evaluated.

# DEFENSE SUPPLY CENTER ACQUISITION PROCEDURES

## SUBPART 1.6 - CONTRACTING AUTHORITY AND RESPONSIBILITIES

**1.601 Responsibility of Each Contracting Activity.**

(a) Delegation of Authority. The Commander, DSCR has granted delegations of authority as indicated in EXHIBIT "1B".

**1.601-90 Center Senior Procurement Official.** The Director of Procurement Process Support shall serve as the Center Senior Procurement Official (CSPO) and the Chief of the Contracting Office (CCO).

(b)(12) DSCR has established positions to be filled by GS-13 managers. These positions are intended to develop the multi-functional skills necessary to lead acquisition teams. All acquisition disciplines are considered when filling a vacancy in these positions.

(b)(12)9G1 The DSCR Senior Review Official (SRO) for Aviation Supplier Operations is the Deputy Director, Supplier Operations (Contracting).

(b)(12)9G2 Each Supplier Operations division will establish Acquisition Reviewing Official(s). The Acquisition Reviewing Official (ARO) must be a supervisor/manager with an unlimited warrant, GS-1102-13 or higher, DAWIA Acquisition Level III certified. The ARO is responsible for signing contracting actions requiring higher level approval and reviewing contracting packages requiring approval/signature by the SRO, and/or the CCO. Supplier Operations divisions are responsible for maintaining a current list of AROs for division personnel and the Contract Review Branch (DSCR-BPPC).

**1.602-1 Contracting Officers Authority.** The listing of current Contracting Officers and the limits of their authority will be prepared, maintained, and forwarded to J-3313 at the beginning of each fiscal year by the Director of Procurement Process Support as the CCO.

EXHIBIT "1B"

LIST OF DELEGATIONS BY THE HEAD OF THE CONTRACTING ACTIVITY (COMMANDER) TO DESIGNATED PERSONNEL (SEE EXHIBIT "1J" AND "1K")

| | | | |
|---|---|---|---|
| Delegation of Authority to Issue Procedural Guidance | DLAD 1.301-90 | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Grant Individual or Class Deviations to the FAR, DFARS, or DLAD to Accomplish Reinvention Laboratory Initiatives | DLAD 1.493(a) | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Ratify Unauthorized Commitments At or Below the Simplified Acquisition Threshold | DLAD 1.602-3(b) | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Select, Appoint, and Terminate Appointments of Contracting Officers | DLAD 1.603-1 | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Approve Publication of Paid Advertisements in Newspapers | DFARS 205.502(a) | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Priorities and Allocations Authority; DO and DX Ratings and Allotments | DLAI 4400.1 PARA E. 1. | Ltr, DSCR-D 15 SEP 05 | DPAS Officer |
| Delegation of Authority to Approve Awards When an Offeror Refuses to Provide Information Other Than Cost or Pricing Data, and it is Determined to Be in the Best Interest of the Government to Make the Award To that Offeror | FAR 15.403(a)(4) | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Use an Alternate Structured Approach When Determining Profit | DLAD 15.404(c)(2) | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Negotiate for Surge and Sustainment Capability | DLAD 17.9304(g)(3) | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |
| Delegation of Authority to Evaluate Experience, Education or Alternate Training of Acquisition Personnel | DLAD 90.201-1 | Ltr, DSCR-D 15 SEP 05 | Chief of Contracting Office |

LIST OF DELEGATIONS BY THE CHIEF OF THE CONTRACTING OFFICE (CCO) TO DESIGNATED PERSONNEL

| | | | |
|---|---|---|---|
| Delegation of Authority to Approve Requests for Newspaper Advertisements | DFARS 205.502(a) | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to Approve Awards to FPI with a Price Adjustment Clause Based on Urgency of Need | DLAD 8.604(c)(90)(1),DLAD 1.601 | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to Review and Approve Decisions Contrary to Recommendation of a Preaward Survey Report | DLAD 9.105-2(b) DLAD 1.601 | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to approve Pre-Negotiation actions exceeding $ 1,000,000 | DLAD 15.406-1(b)(91)(3) | Ltr,DSCR-BP 28 SEP 06 | Dep Dir w/DAWIA Level III and unlimited warrant |
| Delegation of Authority to approve Pre-Negotiation actions not exceeding $1,000,000 | DLAD 15.406-1(b)(91)(3) | Ltr,DSCR-BP 28 SEP 06 | GS-14 or 13 supervisor/manager w/DAWIA Level III and unlimited warrant |
| Delegation of Authority to Approve an Alternate Structured Approach to Weighted Guidelines When Determining Profit | DLAD 15.404-4(c)(2)(c)(2) | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to Negotiate Awards Expected to Exceed $650,000, When an Offeror Refuses to Provide Cost or Pricing Data, and/or Cannot be Determined Fair and Reasonable | DLAD 15.405(d)(90) | Ltr,DSCR-BP 3 NOV 06 | GS-13 supervisor/manager w/DAWIA level III and unlimited warrant |
| Delegation of Authority to Approve Economic Price Adjustment Ceilings Exceeding 10 Percent | DLAD 16.203-3(94) | RESCINDED Ltr,DSCR-BP 28 SEP 06 | Approval by Chief of Contracting Office is Required |
| Delegation of Authority to Approve Undefinitized contract Actions With a Not-to-Exceed $100,000 Ceiling Price | DLAD 17.704-1(a) | Ltr,DSCR-BP 3 NOV 06 | GS-14 supervisor/manager w/DAWIA level III and unlimited warrant |
| Delegation of Authority to Approve Undefinitized Contract Actions Under $100,000 with IPD 01 or IPD 02 or 03 for Specified Supply Indicators | DLAD 17.704-1(A) | Ltr,DSCR-BP 3 NOV 06 | ESOD Procurement Branch Chief |
| Delegation of Authority to Approve Contractor Requests for Overtime | DLAD 22.103-4(a) DLAD 1.601 | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to | DFARS 225.103(b) | Ltr,DSCR-BP | Deputy Director, Supplier |

| | | | |
|---|---|---|---|
| Approve Nonavailability Determination for Acquisitions $100,000 to $1,000,000 Under the Buy American Act. | (ii)(B) | 28 SEP 06 | Operations (Contracting) |
| Delegation of Authority to Approve a Determination and Findings for Acquisitions Greater Than the Simplified Acquisition Threshold for End Products from Austria and Finland, that are Exempted From the Buy American Act and Balance of Payment Programs As Inconsistent with the Public Interest | DFARS 225.872-4 (b)(2) | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to Approve Requests for Voluntary Refunds Not exceeding $500,000 | DLAD 42.7101(90) | Ltr,DSCR-BP 18 OCT 06 | Chief, Cost & Price Branch |
| Delegation of Authority to Approve Contractor Requests for Waiver of Nonconformances | DLAD 46.407(c)(92), 46.407(d), and DLAD 1.601 | Ltr,DSCR-BP 28 SEP 06 | |
| Minor nonconformances | | Ltr,DSCR-BP 28 SEP 06 | GS-14 supervisor/manager w/DAWIA level III and unlimited warrant |
| Critical and major nonconformances | | | Deputy Director, Supplier Operations (Contracting) |
| Delegation of Authority to Approve a Repurchase from a Defaulted Contractor | DLAD 49.402-6(b) | Ltr,DSCR-BP 28 SEP 06 | Deputy Director, Supplier Operations (Contracting) |

# EXHIBIT C

**BEFORE THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Stout Road Associates, Inc.<br>t/a Hilton Philadelphia City Avenue<br><br>v.<br><br>United States | Fed. Cl. No. 07-015C |

**DECLARATION OF LILIBETH B. DE LOS SANTOS**

I, Lilibeth B. de los Santos, declare as follows:

1. I am a Supervisory Quality Assurance (QA) Specialist supervising QA Specialist interns under the Defense Logistics Agency's Intern Development Program. I am stationed at Defense Supply Center Richmond. I have been a Supervisory QA Specialist since 2000 and have been assigned to supervise the QA Specialist interns since April of 2006.

2. As a Supervisory QA Specialist, I am in job series 1910 under the federal personnel system. The Position Description for my job is attached to this declaration.

3. As a Supervisory QA Specialist, I have no authority to enter into contracts on behalf of the Government.

4. I was aware in late-April of 2006 that one of the QA Specialist interns under my charge, Ms. Donna Rutkowski, had reserved 15 rooms at Plaintiff's Hilton Philadelphia City Avenue Hotel for the two-week training the interns were to receive July 10 – 21, 2006 at the Defense Supply Center Philadelphia.

5. On June 14, 2006, I informed the interns that the training scheduled for July 10 – 21, 2006 had been cancelled. Ms. Rutkowski copied me on her email of that same day.

6. On June 15, 2006, the hotel responded to the email and asserted its entitlement to a $18,000 cancellation fee. At that point, my supervisor, Mr. Rowland R. Herpel, advised Ms. Rutkowski and I to cease direct communications with the hotel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Richmond, Virginia on May 29, 2007.

LILIBETH B. DE LOS SANTOS
Supervisory Quality Assurance Specialist

# GS - Supervisor

PD #: H528680 Job Title: Supervisory Quality Assurance Specialist

Pay Plan: GS Series: 1910 Grade: 12

Job Summary:
Incumbent serves as supervisor of the Professional Development function in the Professional Development Branch of the Technical Oversight and Product Assurance Division in the Product Development Directorate with responsibility for the implementation and evaluation of the Center's training program for quality assurance/technical interns/trainees. This program is designed to cover all phases of the quality assurance and technical support functional activities. Maintains records of the completion of mandatory Department of Defense (DoD), Defense Logistics Agency (DLA), and other formal classroom training as described in the Program of Instruction (POI) for quality assurance/technical interns/trainees. Coordinates mandatory and self-development training needs for the Directorate. Evaluates formal and informal training courses/programs through a combination of written surveys, interviews, and job-site visits. Represents the Center in meetings and seminars concerning the Directorate program. Implements the DSCR union-management agreement on a day-to-day basis.

Deputy Message:

Factor 1 - Program Scope And Effect FL 1: 2 PTS: 350
Incumbent is the supervisor of the Professional Development function, whose mission is to train quality assurance specialists for the Center. The training includes all phases of the quality assurance/technical support functional duties and critical item management. The quality assurance/technical support work impacts a wide range of Agency activities, including support of the Armed Services priority requirements and the Stock Replenishment Program. The training also impacts the Directorate career programs carried out in collaboration with the DLA Headquarters, DLA Training Center (DTC) and the Workforce Development Division (DSCR-HW).

Factor 2 - Organizational Setting FL 2: 1 PTS: 100
This incumbent receives general guidance and direction from the Professional Development Branch Chief. The Branch Chief provides the incumbent a broad outline of the work to be performed with the intern/trainee group. The Branch Chief reviews selected reports and presentations to ensure conformance with required policies, procedures and practices. The incumbent consults with the Branch Chief about matters which are precedent setting or highly controversial and which may affect the Directorate Training Program. The incumbent is responsible for his/her own work technically. Performance is evaluated in terms of overall adequacy and timeliness of actions taken personally and by the overall training responsibilities by subordinates.

Factor 3 - Supervisory And Managerial Authority Exercised FL 3: 2c PTS: 450
Directs and coordinates function operations on a day-to-day basis. Supervises a group of 30-50 interns/trainees, GS-1910-5, 7, and 9 target GS-11, who are in various stages of formal classroom and on-the-job training under the DILA Intern and DSCR Trainee Programs. Plans work to be accomplished by subordinates, sets short-term priorities, makes adjustments of work based on priorities, difficulty and requirements of assignments, and the capabilities of the employees. Evaluates work performance of subordinates. Gives advice, counsel, or instruction to employees on work and administrative matters. Interviews candidates for positions in the function, recommends appointments, promotions, or reassignments. Hears and resolves complaints from employees, referring group grievances and more serious unresolved complaints to a higher level supervisor or manager. Effects minor disciplinary measures, such as warnings and reprimands, recommending other action in more serious cases. Identifies developmental and training needs of employees, providing or arranging for needed development and training. Finds ways to improve production or increase the quality of the work directed. Develops performance standards. Selects and evaluates

critical tasks for inclusion into the training program, which are in addition to the POI. Conducts learning analysis of tasks selected for training, develops learning objectives for such tasks and identifies which objectives may be met through formal training and which may be met through OJT. Conducts formal and informal program evaluations through a combination of written surveys, interviews and job-site visits. Evaluation items include such things as conformance to POI requirements, adequacy of training records kept by the OJT supervisors, quality of OJT and instructional appropriateness of training sequence and structure. Writes reports and provides oral briefings concerning evaluation findings to include recommendations for changes to the Directorate Training Program. Oversees the design, development and implementation of locally unique formal courses within the Directorate career fields for interns/trainees. Identifies the need for such courses, monitors the development of locally unique formal course materials by OJT supervisors and/or other personnel, monitors the testing and implementation of the courses, and evaluates their effectiveness. Initiates changes or modifications of course content or structure as appropriate. Coordinates mandatory and self-development training needs for the Directorate. Develops and coordinates yearly training plans to meet the training needs of the Directorate. Provides consultative services for the Directorate interns/trainees concerning career development and career management within the appropriate career fields. Occasional TDY required.

Ensures a continuing affirmative application of DLA policies concerning equal opportunity. Ensures that personnel management within the organizational entity under supervision is accomplished without regard to race, color, religion, sex, age, or national origin. Is responsible for keeping abreast of developments, policy issuances, and other similar material in the equal opportunity field and for fully supporting the DLA Equal Opportunity Program.

Incumbent is accountable and responsible for assigned program and program areas in regards to safety and health. Responsibility includes ensuring that personnel are trained to work safely, enforce safety and health rules, correct unsafe or unhealthy acts and unhealthy mechanical or physical conditions, investigate mishaps, and take other actions necessary to ensure the safety and health of employees.

Factor 4 - Personal Contacts

4A Nature of Contacts FL 4-A: 2 PTS: 50

Maintains day-to-day contacts with subordinate personnel and branch chief, as well as contacts with the division chief, and deputy director and Product Development Director. Contacts also include other training experts with the principal staff element (PSE) in the agency, training officer on center, DTC personnel and supervisors over areas of OJT.

4B Purpose of Contacts FL 4-B: 2 PTS: 75

Contacts are to provide advice to OJT supervisors, recommending actions to and influencing the actions of the Directorate; exchange and develop information with other training experts on center or with the agency; and to gather occupational data for use in the design of activity career development systems and training programs. The purpose of the contacts is to provide training advice and guidance to subordinates, coordinate and discuss complex or controversial issues with higher level management; ensure that information provided to outside parties is accurate and consistent; and to plan and coordinate the work directed with that of others outside the organization.

Factor 5 - Difficulty Of Typical Work Directed FL 5: 6 PTS: 800

The incumbent plans, directs and reviews accomplishments of a staff consisting of a group of 30 - 50 interns/trainees who are in various stages of formal classroom and on-the-job training under the DLA Corporate/DSCR Program (GS-1910-5 target GS-11, GS- 1910-7 target GS-11, and GS-1910-9 target GS-11). The incumbent plans, directs and reviews accomplishments of the staff. GS-11 best characterizes the nature of the basic nonsupervisory work performed, therefore, the constructed base level of work directed is GS-11.

Factor 6 - Other Conditions FL 6: 5a PTS: 1225

Supervision requires coordination of work comparable to the GS-11 level. The work involves implementing and administering the Center's training program for quality assurance interns/trainees training programs, which represents the major training effort within the Directorate, and which are essential to the accomplishment of the Center's mission. These programs fulfill the requirements to develop a quality assurance/technical work force, which is adequately educated and trained to carry out the necessary quality assurance functional tasks of the Center efficiently and effectively. The work affects a substantial number of employees and interns/trainees on a continuing basis. The incumbent must keep abreast of technical changes in the quality assurance/technical field, including new regulations, policies, and directives governing quality assurance/technical and contracting operations; new and revised computer systems, current business and industry practices and advancements in manufacturing processes and technology affecting commodities purchased by the Center. The work process and procedures vary due to the impact of changing regulations, legislative policies and procedures, as well as laws, thus creating a need for ongoing guidance and training for the employees. The incumbent is required to identify and solve training problems, and to provide guidance to interns/trainees concerning the training and career development programs. In addition to supervisory duties, the incumbent serves as a training coordinator. Accuracy and timeliness of training plans are of the utmost importance to ensure that all mandatory and self-development training is received as required and that adequate funds are available. Coordination with branch/division chiefs and other Directorates is essential to plan for efficient execution of cross-training, both inter-and intra-Directorate.

Total Points: 3050 GS: 12

Additional Text: