# EXHIBIT D

**BEFORE THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Stout Road Associates, Inc.<br>t/a Hilton Philadelphia City Avenue<br><br>v.<br><br>United States | Fed. Cl. No. 07-015C |

**DECLARATION OF ROWLAND R. HERPEL**

I, Rowland R. Herpel, declare as follows:

1. I am a Supervisory Quality Assurance (QA) Specialist at Defense Supply Center Richmond. I am the Chief of the Technical and Product Evaluation Branch in the Directorate of Product Engineering. My duties include oversight of the Professional Development function and the QA Specialist Intern Program. I have been a Supervisory QA Specialist since 1992 and have been in my current assignment since March of 2004.

2. As a Supervisory QA Specialist, I am in job series 1910 under the federal personnel system. The Position Description for my job is attached to this declaration.

3. As a Supervisory QA Specialist, I have no authority to enter into contracts on behalf of the Government.

4. On June 15, 2006, I was informed that Plaintiff's Hilton Philadelphia City Avenue Hotel was pursuing a cancellation fee in connection with the cancellation of 15 hotel rooms by QA Specialist Intern, Ms. Donna Rutkowski. Ms. Rutkowski had reserved to rooms for herself and 14 other interns so that they could attend training at the Defense Supply Center Philadelphia. Ms. Rutkowski had cancelled the room reservations because the training had been cancelled.

5. I advised Ms. Rutkowski and her supervisor, Ms. Lilibeth de los Santos, to cease direct communications with the hotel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Richmond, Virginia on May 24, 2007.

Rowland R. Herpel

ROWLAND R. HERPEL
Supervisory Quality Assurance Specialist

## *GS - Supervisor*

PD #: H527464 Job Title: SUPERVISORY QUALITY ASSURANCE SPECIALIST

Pay Plan: GS Series: 1910 Grade:13

Job Summary:
This position is that of Supervisor, Technical and Product Evaluation Branch, Technical Oversight and Product Assurance Division, Directorate of Product Engineering. The employee is responsible for reviewing quality assurance aspects of the Product Verification Program (PVP)/Testing and Evaluation, quality audit, and the Counterfeit Material/Unauthorized Product Substitution Programs. Provides for the implementation, operation and control of policies, plans and procedures for these functions.

Deputy Message:

Factor 1 - Program Scope And Effect FL 1: 3 PTS: 550
This Division is responsible for the Product Verification Program, which includes the Quality Audit Program and the Counterfeit Materials/Unauthorized Product Substitution Programs. These programs ensure that goods and services provided to worldwide customers meet or exceed quality standards established by DoD customers and material technical data. The position directly impact DoD's supply readiness position and DLA's acquisition posture by providing quality performance data to reduce fraudulent and nonconforming products from entering into the DLA inventory. The programs managed directly impact best value selection decisions for critical items purchased for the Armed Forces worldwide. Conducts assessments and studies to analyze effectiveness in different categories of commodities directed towards enduring HQ DLA level responsiveness to customer requirements. The position has vested authority to make program adjustments commensurate with unique requirements of customers and federal procurement policies (i.e., FARS, DFARS) and legislation affecting DLA/DoD Quality Assurance Program. Directs a technical, complex administrative program segment that impacts weapons system material management support to the military services worldwide, which addresses DLA's primary mission to support the military customer.

Factor 2 - Organizational Setting FL 2: 1 PTS: 100
This position reports for direction and performance appraisal to the Deputy Director of Product Engineering, who is two reporting level below an SES position.

Factor 3 - Supervisory And Managerial Authority Exercised FL 3: 2c PTS: 450
Plans, directs and supervises the Product Evaluation Program, the Quality Audit Program and the Counterfeit Materials/Unauthorized Product Substitution Program. Ensures that all technical programs are compatible with the laboratory testing effort. Reviews quality assurance aspects of operations; plans, program adjustments, and provides for verification of testing requirements by laboratories; and develops guidance, procedures, and policies for the Division. Plans work to be accomplished by subordinates, sets and adjusts priorities and prepares schedules for completion of work. Assigns work to subordinates based on priorities, selective consideration of the difficulties of the assignment and capabilities of employees. Evaluates work performance of subordinates; gives advice and counsel to employees on work goals, objectives and administrative matters; interviews candidates for positions; recommends appointments, promotions, or reassignments. Hears and resolves employee complaints; effects minor disciplinary measures; develops performance standards; and identifies developmental and training needs of employees. Schedules and grants leave. Reviews program schedules and budget estimates for the Quality and Product Evaluation Program to assure that requirements have been properly interpreted, analyzed and evaluated; directs periodic review and analysis. Determines areas which require improvement and conducts special studies in order to resolve problems or develop policies and procedures for improvement. Issues policy and procedural guidance on the development and use of statistical techniques, analysis

of QA data and history, and all the functions. Evaluates effectiveness of programs through checks, observations and discussions, reviews test reports, narratives and staff memoranda prepared by subordinates. Renders decisions in problem areas and determines matters required for elevation to higher authority. Participates in meetings, conferences, discussions, and briefings in regard to quality assurance plans and policies, budget and manpower resources, automated information systems and microcomputers, production effectiveness, etc. Provides ICP Commanders and CBU Chief with periodic analysis of trends to identify problem items, contractors and product quality performance indicators on buy response vice inventory initiatives.

EEO Responsibilities: Ensures a continuing affirmative application of DLA policies concerning equal opportunity. Ensures that personnel management within the organizational entity under supervision is accomplished without regard to race, color, religion, sex, age, handicap, or national origin. Is responsible for keeping abreast of developments, policy issuances, and other similar material in the equal opportunity field, and for fully supporting the DLA Equal Opportunity Program.

Internal Control Responsibilities: Incumbent is accountable and responsible for the assigned program(s) to include development, documentation, and operation of both internal processes and administrative controls. Controls assure that obligations and costs are in compliance with applicable laws, and that funds, property, and other assets are safeguarded against waste, loss, and unauthorized use or misappropriation. Internal records assure that revenue and expenditures are properly recorded and accounted for, permitting preparation of sound and reliable financial or inventory reports.

Safety Responsibilities: Furnishes employees assignments and place of employment which are free from recognized hazards that are likely to cause death or serious physical harm; refers matters that exceed the incumbents authority to higher levels of management for decision Complies with occupational safety and health standards applicable to DLA and with all rules, regulations, and orders issued by DoD/DLA with respect to the occupational safety and health program.

Factor 4 - Personal Contacts

4A Nature of Contacts FL 4-A: 3 PTS: 75
Contacts include high ranking military and civilian Heads within DLA, DoD, and other Federal agencies; private industry executives; managers of laboratory testing facilities throughout the government and private industry; trade associations, etc.

4B Purpose of Contacts FL 4-B: 3 PTS: 100
Contacts are for the purpose of ensuring that quality standards are met and that government goods and services conform to customer standards and specifications for distribution worldwide. Contacts normally take place in formal meetings and conferences scheduled at the request of one of the participants and often require extensive preparation. Serves as principal advisor to the Director of Product Development, DSCR Commander and other HQ DLA contacts

Factor 5 - Difficulty Of Typical Work Directed FL 5: 6 PTS: 800
The organization is comprised of Quality Assurance Specialists, GS 1910. GS 11 best characterizes the nature of the basic nonsupervisory work performed within the Division and occupies at least 25% of the workload of the organization.

Factor 6 - Other Conditions FL 6: 4a PTS: 1120
The work requires substantial coordination and integration between the programs and projects under the cognizance of the Division. The programs involve integrating and coordination program issues, recommending what resources to devote to what program, reviewing and approving reports, reviewing the work of the teams in order to ensure vital programs are covered, and developing and implementing procedures, policy and plans to monitor the various programs

Total Points: 3195 GS: 13

**Total Points:** 3195 **GS:** 13

**Additional Text:**

# EXHIBIT E

**BEFORE THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Stout Road Associates, Inc. | ) | |
| t/a Hilton Philadelphia City Avenue | ) | |
| | ) | |
| v. | ) | |
| | ) | Fed. Cl. No., 07-015C |
| United States | ) | |
| | ) | |
| | ) | |

**DECLARATION OF PAMELA S. LATKER**

I, Pamela S. Latker, declare as follows:

1. I am the Defense Logistics Agency Training Center (DTC) Career Programs Branch Chief. In this capacity, I serve as the DLA Corporate Intern Program Manager. I am responsible for all DLA Corporate interns, including Defense Supply Center Richmond (DSCR) Corporate interns. I am responsible for directing, planning, developing, implementing, and administering the DLA Corporate Intern Program to achieve entry-level workforce development goals.

2. I am not a contracting officer. As the DTC Career Programs Branch Chief, I have no authority to enter into contracts on behalf of the Government.

3. I never authorized or approved Ms. Rutkowski to enter into a contract with Hilton. After learning that Ms., Rutkowski signed a document on behalf of the Government, I never approved, sanctioned, or agreed that it was a proper or authorized action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Columbus, Ohio on January 7, 2008.

Pamela S. Latker

PAMELA S. LATKER
DTC Career Programs Branch Chief

# EXHIBIT F

# PART C: TRAVEL ADVANCES

## C1100 GENERAL

A. Minimizing Cash Requirements

1. Policy. Travelers traveling on official business:

a. Are responsible for their travel expenses, but

b. Should not have to pay official travel expenses entirely from personal funds (unless the traveler decides not to use Government resources such as the Government-sponsored contractor-issued travel charge cards or traveler's checks).

2. Responsibilities. DoD components:

a. May issue travel advances for certain expenses, as authorized in this Part, and

b. Should ensure travelers take all reasonable steps to minimize the cash burden on both the component and the traveler (such as using the Government-sponsored contractor-issued travel charge cards).

*Effective 14 December 2005*
*B. Government-sponsored Contractor-issued Travel Charge Card Use

1. General Policy. "It is the general policy of DoD that the Government-sponsored, contractor-issued travel card be used by DoD personnel to pay for all costs incidental to official business travel, including travel advances, lodging, transportation, rental cars, meals and other incidental expenses, unless otherwise specified", (OSD (C) memo of 28 March 1995, subject: Travel Reengineering Implementation Memorandum #2--Maximized Use of the Travel Charge Card).

2. DoD Policy. *The policies and procedures for the Government travel charge card program (including central billing and unit cards) are found in the DoD Financial Management Regulation (DoDFMR 7000.14-R), Volume 9, "Travel Policy and Procedures". The DoD Comptroller Finance Management Regulation website is found at http://www.dtic.mil/comptroller/fmr/.*

3. Centrally Billed Account (CBA)/Individually Billed Account (IBA) Statements. A statement must be on each travel authorization indicating whether transportation tickets are purchased using a centrally billed account (CBA) or an individually billed account (IBA). *This statement is only to alert voucher examiners to instances when a CBA ordinarily is used to purchase transportation and the transportation cost shows up as a reimbursable expense so that questions may be asked and duplicate payments avoided.*

## C1101 ALLOWABLE ADVANCES

A. Authorization (FTR §302-2.21). Travel advances described in this paragraph may be paid when authorized on a travel authorization.

B. TDY Travel. DoD Components may pay travel advances (as opposed to authorizing Government-sponsored contractor-issued travel card use for ATM advances) when permitted in accordance with the DoDFMR, Volume 9. Advances may be for per diem, POC mileage allowance, AEA, and/or reimbursable expenses.





C. PCS/TCS Travel (FTR §302-2.22/302-3.513/302-4.600). Travel advances may be paid when a per diem allowance or POC mileage allowance is authorized for PCS/TCS travel. *A travel advance may not be paid for OCONUS Renewal Agreement Travel (RAT), return travel for separation, or advance return of dependents from OCONUS.*

D. HHG Transportation and Temporary Storage Using the Commuted Rate Method (FTR §302-7.105/106). An advance may be paid when HHG transportation and temporary storage is authorized under the commuted rate method. To receive an advance under the commuted rate method, the employee must provide a copy of a cost estimate from a commercial HHG carrier or a written statement that includes:

1. Origin and destination;

2. A signed copy of a commercial bill of lading annotated with actual weight (or other evidence of actual weight) or a reasonable estimate acceptable to the DoD component concerned; and

3. Anticipated temporary storage period (not to exceed 90 days) at Government expense.

E. Non-Temporary (Extended) Storage of HHG (FTR §302-8.4). *An advance is not authorized for non-temporary (extended) storage of HHG.*

F. Movement of a Mobile Home (FTR §302-10.300/301). An advance may be paid for the transportation of a mobile home when the employee is responsible for arranging and paying a commercial carrier to transport the mobile home. The advance may not exceed the estimated amount allowable. *No advance is authorized when the Government pays the carrier directly.*

G. House-hunting Trip (FTR §302-5.16). An advance may be paid for HHT expenses. The advance may not exceed the sum of the anticipated transportation costs, and the maximum per diem allowable under the 'Lodgings-Plus' computation method in par. C5624-B1 for the location and duration of the HHT. If a fixed-amount HHT is offered and elected, the anticipated transportation costs may be advanced. The fixed-amount payment under par. C5624-B2 is not an advance but rather is a payment. See par. C5632.

H. Temporary Quarters Subsistence Expenses (FTR §302-6.15). An advance may be paid to cover the estimated TQSE expenses for up to 30 days. The DoD Component may subsequently pay additional travel advances for periods up to 30 days (remembering the maximum TQSE period is 120 days for TQSE(AE) and 30 days for TQSE(F)).

I. Real Estate Transaction and Unexpired Lease Expense Allowance (FTR §302-11.450). *An advance is not paid for expenses incurred in connection with residence transactions.*

J. Attendants for Military Dependents. An advance may be paid for the travel and transportation allowances prescribed in par. C6151.

K. Transportation and Emergency Storage of POV (FTR §302-9.11). An advance for transportation and emergency storage of a POV may be paid not to exceed the estimated expenses amount authorized for that purpose.

L. Advance Lodging Deposits. Travelers:

1. May be reimbursed an advance room deposit when it is required by the lodging facility to secure a room reservation prior to official TDY travel.

2. Are financially responsible for advance deposit repayment if the deposit is forfeited because TDY travel is not performed for reasons unacceptable to the agency.

C1430 BAGGAGE EXPENSES (FTR §301-12.2)

Reimbursement is authorized for necessary travel and transportation-related miscellaneous expenses incurred on official business. These expenses include:

A. Excess baggage; *NOTE: Excess baggage includes an excessive number of pieces and/or excessive weight.*

B. Baggage transfer; *Not to exceed the customary local rates, and necessity for the transfer must be explained.*

C. Baggage Storage;

D. Checking Baggage. *Not to exceed the customary local rates.*

E. Terminal Porter Charges. *Terminal porter charges are covered by the incidental expenses portion of per diem and are not items for separate reimbursement except for the following:*

1. When authorized under par. C6552-4, for a traveler with a disability,

2. Charges or tips at transportation terminals for handling Government property carried by the traveler,

3. When handling dependent's personal baggage when dependents are not authorized per diem while traveling at Government expense when unaccompanied by the sponsor, and

4. When handling that portion of dependents' personal baggage that the sponsor cannot handle when dependents are traveling with the sponsor.

F. Charges for Handling Baggage/Government Property. *Charges for Handling Baggage/Government Property at Hotels/Motels are travel expenses payable out of per diem allowances and are not items for separate reimbursement except when:*

1. Authorized under par. C6552-4, for a traveler with a disability, or

2. An employee shows that a separate or additional charge was incurred for handling Government property at a hotel/motel.



GOV 934



C1435 PRIVATELY OWNED CONVEYANCE TAXES AND LICENSE FEE (B-214930, 1 October 1984))

A. General. Many states require payment of an ownership tax and license fee on a POC brought into and used in the state over 30 days. In some states, a TDY traveler can apply for an exemption certificate upon first coming into the state.

B. Charges Paid by a Traveler. Providing a TDY traveler has applied for and been denied an exemption certificate by the state in which assigned, charges paid by a traveler for POC taxes and license fees imposed by state law are reimbursed if all of the following conditions are met.

1. POC use is authorized as advantageous to the Government in connection with a TDY assignment as provided in par. C2153.

2. The traveler's PDS is not in the state in which the TDY assignment is performed.

3. The TDY period is in excess of the allowable time period that the employee would be exempt from state imposed ownership taxes and license fees on a POC.

4. Documentation evidencing payment by the employee of the state-imposed charges in the state in which the TDY was performed may be required. See par. C1310.

C1440 REIMBURSEMENT OF PREPARATORY TRAVEL EXPENSES WHEN THE TRAVEL AUTHORIZATION IS AMENDED, MODIFIED, CANCELED OR REVOKED (FTR §301-11.16)

Miscellaneous preparatory travel expenses, such as fees for traveler's checks, passports, visas (including green cards) (see par. C1415), and communications services, incurred prior to travel authorization change are reimbursable provided the action taken is beyond the employee's control, in the Government's interest, and a refund is unobtainable.

C1445 NONREFUNDABLE ROOM DEPOSIT OR PREPAID RENT

A. When TDY is Curtailed, Canceled or Interrupted for Official Purposes. When a traveler has made advance lodging arrangements (including deposits for rental units) and the TDY is curtailed, canceled, or interrupted, lodging costs reimbursement may be approved by the AO. (See 59 Comp. Gen. 609 (1980), 59 id. 612 (1980), 60 id. 630 (1981) and cases cited therein). Reimbursement must not exceed the amount of the remaining per diem or AEA plus appropriate lodging taxes that would have been paid had the TDY not been curtailed or interrupted.

B. Considerations. The AO should consider all of the following conditions.

1. The traveler acted reasonably and prudently in incurring lodging expenses.

2. The traveler had a reasonable expectation of the TDY being completed as authorized.

3. The assignment was changed for official purposes or for other reasons beyond the traveler's control that are acceptable.

4. The traveler took reasonable steps to obtain a refund once the TDY was officially canceled or curtailed.

## PART B: GENERAL CONDITIONS

### C3050 AUTHORIZATION IN WRITING (FTR §301-71.107)

A. Policy. A travel authorization must be a written or electronic authorization (see par. C3056) and establish the conditions under which official travel and transportation is authorized at Government expense. It should be issued before travel begins unless an urgent or unusual situation prevents prior issuance.

B. Purposes. (FTR §301-71.100) The purposes of travel authorizations are to:

1. Provide the traveler information regarding what expenses are to be paid;

2. Provide CTOs and travel service vendors with necessary documentation for travel programs use;

3. Provide necessary financial information for budgetary planning; and

4. Identify the travel purpose.

C. Prohibition. *Travel authorizations shall not be issued for reporting to the first PDS for duty except as provided in Chapter 4, or for pre-employment interviews or examination except as provided in Chapter 6.*

D. Exceptions. When travel is performed within the limits or immediate vicinity of a PDS, authorization by a travel-approving/directing official may be oral, by letter or message, or by travel authorization if deemed appropriate for fund approval purposes. Ordinarily, travel authorizations are not necessary when it is known that the travel claim involves only commercial transportation or POC mileage reimbursement. If a travel authorization is not issued, approval on a claim voucher should suffice for reimbursement purposes.

E. Sea Trial Travel Authorizations. Instead of individual travel authorizations, a travel authorization may be issued for employees participating in sea trial trips when the only per diem involved is the per diem payable while the employees are aboard the Government ship. The written travel authorization must show the per diem authorization, the per diem rate, duty dates, accounting data, and the names of the employees assigned to the particular sea trial trip. A copy of the travel authorization must be given to each employee concerned.

### C3051 CONFIRMATORY TRAVEL AUTHORIZATION

If official travel begins or is performed before a written travel authorization is issued, the travel must be pursuant to proper oral, letter, or message authority. A confirmatory travel authorization must be issued as promptly as possible. A confirmatory travel authorization must include appropriate statements regarding the prior authorization and justification for any unusual issuance delay. The official who directed the travel is responsible for initiating a confirmatory travel authorization.

### *C3052 BLANKET TRAVEL AUTHORIZATION

Blanket TDY travel authorizations may be issued only in exceptional circumstances and when necessary to meet mission requirements. A blanket travel authorization,

1. is limited to use within a stated geographical area,

2. is limited to a time period within a fiscal year,

3. must not be issued merely to authorize a specific number of trips to or between stated places or to enable variations in itinerary, and

4. can only authorize economy-class travel. *If travel in premium-class accommodations becomes necessary for a specific trip, an amendment to the travel authorization for each such trip must be issued.*





Expense items requiring specific approval under these regulations also require specific approval. ***NOTE:*** *Blanket travel authorizations are not used in DTS.*

### C3053 TRAVEL AUTHORIZATION AMENDMENT

A. Policy. An issued travel authorization may be changed or corrected (within certain limits) by issuing an amendment. An amendment may be issued before or after completion of travel to:

1. recognize an essential aspect of travel not known in advance,

2. change the period or place of TDY assignment,

3. include omitted pertinent information,

4. change allowances for unperformed travel or duty, and/or

5. correct erroneous information or clerical errors that do not affect reimbursement retroactively.

B. Authorization, Approval and Retroactive Modification. Some allowances may be authorized only in advance of travel. Other allowances may be approved after travel is completed. Other allowances may be authorized and/or approved. See Appendix A for definitions of "authorize" and "approve". Approval after the fact, when permitted, does ***NOT*** constitute 'retroactive modification' of a travel authorization to create, change, or deny an entitlement. Except to correct or to complete a travel authorization to show the original intent, a travel authorization shall not be revoked or modified retroactively to create or deny an entitlement (24 Comp. Gen. 439 (1944)). *(Ex: It would be improper to amend a travel authorization to 'un-authorize' POC travel after travel had been completed that the travel authorization had clearly permitted POC use.)* See pars. C4554-A and C4554-B regarding the effect of deductible meals on per diem rates.

C. Effective Date of Amendment. The effective date of an amendment is the date of issuance unless a later date is specified. However, the amendment may indicate retroactive effect under the conditions in par. C3053-A. An amendment authorizing a change in per diem or mileage rates and reimbursement basis applies only to unperformed travel on and after the effective date. When practicable, an amendment changing allowance amounts should be made effective on a date that an employee reasonably may be expected to receive the amendment or advance notification of the effective date should be furnished the employee concerned.

D. How to Amend a Travel Authorization

1. General. A travel authorization is amended by issuing an appropriate document citing the original travel authorization by number, and stating the pertinent changes, additions or deletions, and effective date(s).

2. Responsible Officials. The AO directing an employee's travel is responsible for amending a travel authorization. Before issuing a travel authorization amendment involving the expenditure of additional funds, authorization is required from the official whose funds are affected. Any official with delegated authority to issue travel authorizations (see par. C3000) may issue an approved amendment.

### C3054 RESCINDING A TRAVEL AUTHORIZATION

If an employee has traveled (or incurred expenses that must be reimbursed) under an issued travel authorization, it may not be rescinded. However, a travel authorization may be rescinded insofar as it applies to unperformed authorized travel.



GOV 972

H. Lodging and/or Meals Obtained under Contract. A contracting officer may contract for rooms and/or meals for employees traveling on TDY. The total daily amount paid by the Government for the employee's lodging, meals, and incidental expenses may not exceed the applicable per diem rate authorized in Chapter 4, Part L. See par. C4525 for a training course exception. For AEA information, see Chapter 4, Part M. ***NOTE:*** ***There is NO reimbursement for any items rented for contract quarters that are rented with an "option to buy"*** (GSBCA 15890-TRAV, 29 July 2003).

I. Extended TDY Assignments. Authorization should be sought for a reduced per diem rate under par. C4550-C when travel assignments involve extended periods at TDY locations and an employee is able to secure lodging and/or meals at lower costs (e.g., weekly or monthly rentals). Also see:

1. Par. C4560 for applicable per diem when TDY assignment is for more than 180 consecutive calendar days;

2. Par. C4430 concerning authorization for long-term TDY assignments; and

3. Pars. C4500 and C4530-C if the assignment is for training of more than 30 consecutive calendar days.

J. Meetings and Conventions. In the interest of uniform treatment of employees, whenever a meeting or conference is arranged which involves the travel of attendees from other DoD components, and reduced cost lodging accommodations are prearranged at the meeting or conference site, the component sponsoring the meeting or conference must recommend a reasonable per diem rate to the other participating agencies or components. See par. C4955 regarding attendance at meetings and registration fees.

K. Employee Dies or Is in a Missing Status while in a Travel Status. An employee's authorized per diem allowance terminates at the end of the calendar day that the employee is determined to be dead or is otherwise in a missing status under the Missing Persons Act.

## C4553 'LODGINGS-PLUS' PER DIEM METHOD PER DIEM COMPUTATION

A. General. Per diem allowances for all official travel, including PCS, must be computed under the Lodgings-plus method except when:

1. A fixed per diem rate is authorized for the TDY or training assignment under the provisions in par. C4550-C;

2. A per diem for a TDY assignment in the vicinity of, but outside, the PDS area is authorized/approved under par. C4552-D;

3. A per diem rate prescribed in par. C4560 for long-term TDY assignments (more than 180 consecutive calendar days) applies;

4. A per diem rate prescribed in par. C4530-B for specific training courses, or par. C4530-C for training assignments of more than 30 consecutive calendar days, applies;

5. A per diem rate prescribed in par. C4558 for travel by ship applies;

6. The per diem prescribed in par. C4556 applies because meals and lodgings are furnished without cost to the employee;

7. A per diem is authorized under par. C4554-C for TDY at an OCONUS location where there is an absence of commercial establishments that prepare and serve meals;



GOV 1018



8. Per diem is not payable as indicated in par. C4554-D when TDY is performed in support of military units while on field duty;

9. A per diem prescribed in par. C4562 for consultants, experts, and private individuals (including members of the ROTC) applies; or

10. An AEA has been authorized for the TDY assignment under par. C4600.

Under the 'Lodgings-plus' method, the per diem allowance for each travel day is the actual amount the traveler pays for lodgings plus an allowance for M&IE; the total may not exceed the applicable maximum per diem rate for the TDY location. Pars. C4553-B; C4553-C; C4553-D; C4553-E and C4553-F apply in the specific situations described.

B. Maximum Per Diem Rates

1. CONUS Travel. Maximum per diem rates for CONUS travel are at *https://secureapp2.hqda.pentagon.mil/perdiem/perdiemrates.html*. For CONUS locations not specifically listed or encompassed by the boundaries of a listed location (county/area), the Standard CONUS per diem rate applies. See *https://secureapp2.hqda.pentagon.mil/perdiem/conuspd.html* or par. C4550-F3 for the current Standard CONUS per diem rate.

2. For OCONUS Travel. The maximum per diem rates prescribed in *https://secureapp2.hqda.pentagon.mil/perdiem/perdiemrates.html* apply to OCONUS travel.

3. PDT

a. CONUS. The Standard CONUS per diem rate (see *https://secureapp2.hqda.pentagon.mil/perdiem/conuspd.html* or par. C4550-F3 for the current rate) is the applicable maximum per diem rate for CONUS travel in connection with:

(1) Travel to a first duty station for a newly recruited employee or appointee;

(2) Travel incident to a PCS;

(3) RAT;

(4) Separation travel; and

*(5) While occupying temporary lodging (except when TQSE(F) is authorized under Chapter 5, Part H3).

The locality rates listed in *https://secureapp2.hqda.pentagon.mil/perdiem/perdiemrates.html* apply for the entire trip while performing travel to seek a permanent residence (house-hunting) within CONUS.

*COMMUTED RATE. A price rate used for HHG transportation and storage in transit. It includes costs of line-haul transportation, packing, crating, unpacking, drayage incident to transportation and other accessorial charges, and costs of storage in transit within the applicable weight limit for storage including in-and-out charges and necessary drayage. To get the commuted rates tables for transportation, storage, packing, unpacking, crating, drayage and other accessorial charges incident to transportation you must subscribe to the Professional Movers Commercial Relocation Tariff, STB HGB 400-(Series). See par. C5160-D4.

CONFERENCE. A meeting, retreat, seminar, symposium or event that involves attendee travel. Also applies to training activities that are conferences under 5 CFR §410.404. ***NOTE:*** ***This does not include regularly scheduled courses of instruction conducted at a Government or commercial training facility.***

CONTINENTAL UNITED STATES (CONUS). The 48 contiguous States and the District of Columbia.

CONTINGENCY OPERATION. A military operation that:

1. Is designated by the Secretary of Defense as an operation in which members of the armed forces are or may become involved in military actions, operations, or hostilities against an enemy of the United States or against an opposing military force; or

2. Results in the call or order to, or retention on, active duty of members of the uniformed services under 10 USC §688, §12301(a), §12302, §12304, §12305, or §12406; Chapter 15 of title 10, or any other provision of law during a war or during a national emergency declared by the President or Congress.

CONTRACT CARRIERS. U.S. certificated air carriers that are under contract with the Government to furnish Federal employees and other persons authorized to travel at Government expense with passenger transportation service. This also includes GSA's scheduled airline passenger service between selected U.S. cities/airports and between selected U.S. and international cities/airports at reduced fares.

(CONTRACTED) COMMERCIAL TRAVEL OFFICE (CTO). A commercial activity providing a full range of commercial travel and ticketing services for official travel under a contract and/or memorandum of understanding with the Government.

DEFENSE TABLE OF OFFICIAL DISTANCES (DTOD). The DoD standard source for worldwide distance information based on city-to-city distance (*not* zip code to zip code) replacing all other sources used for computing distance (except airplanes). For more information refer to the DTOD website at ***http://dtod1.sddc.army.mil***.

DEPARTMENT OF DEFENSE (DoD) COMPONENTS. (Also ref: *http://www.defenselink.mil/pubs/almanac/* and/or *http://www.gov.com/agency/dod/agency.html*)

The Office of the Secretary of Defense (including the organization of the Joint Chiefs of Staff)
Department of the Army
Department of the Air Force
Department of the Navy (including the Marine Corps)
DoD Inspector General
United States Court of Appeals for the Armed Forces



GOV 1217



DOD FIELD ACTIVITIES:
American Forces Information Service
Defense Prisoner of War/Missing Personnel Office
Defense Technology Security Administration
DoD Counterintelligence Field Activity
DoD Education Activity
DoD Human Resources Activity
Office of Economic Adjustments
TRICARE Management Activity
Washington Headquarters Services

DEFENSE AGENCIES:
Defense Advanced Research Projects Agency
Defense Commissary Agency
Defense Contract Audit Agency
Defense Contract Management Agency
Defense Finance and Accounting Service
Defense Information Systems Agency
Defense Intelligence Agency
Defense Legal Services Agency
Defense Logistics Agency
Defense Security Cooperation Agency
Defense Security Service
Defense Threat Reduction Agency
Missile Defense Agency
National Geospatial Intelligence Agency
National Geospatial Intelligence College
National Security Agency/Central Security Service
Pentagon Force Protection Agency

JOINT SERVICE SCHOOLS:
Joint Military Intelligence College
Defense Acquisition University
National Defense University
Joint Professional Military Education Colleges
Uniformed Services University of the Health Sciences

DEPENDENT/IMMEDIATE FAMILY. Any of the following named members of an employee's household at the time the employee reports for duty at a new PDS or performs authorized/approved OCONUS tour RAT or separation travel:

1. Employee's spouse;

2. Children of the employee or employee's spouse who are unmarried and under age 21 years or who, regardless of age, are physically or mentally incapable of self-support. ***NOTE:*** ***"Children" includes natural offspring; stepchildren; adopted children; grandchildren, legal minor wards or other dependent children who are under legal guardianship of the employee or employee's spouse; also, a child born and moved after the employee's effective date of transfer because of advance stage of pregnancy, or other reasons acceptable to the DoD component concerned, e.g., awaiting completion of the school year by other children. See 50 Comp. Gen. 220 (1970); 66 id. 497 (1987).;***

*ESCORT. An escort:

1. Is a Uniformed Service member, employee, or other person who, IAW a travel order/authorization/ITA, accompanies an employee between authorized locations, when:

a. Employee travel is authorized by competent authority, and

b. The employee is incapable of traveling alone, and

2. May be appointed by the employee's AO.

EXPEDITED TRANSPORTATION MODE. A common carrier-operated transportation service for the accelerated or protected movement of HHG between specified points.

EXTENDED STORAGE. See NON-TEMPORARY STORAGE.

FAMILY. *See DEPENDENT.*

FEDERAL TRAVEL REGULATION. Regulation contained in 41 Code of Federal Regulations (CFR), Chapters 300 through 304, that implements statutory requirements and Executive branch policies for travel by Federal civilian employees and others authorized to travel in the manner of civilian employees at Government expense.

FIELD DUTY. All duty serving with troops participating in maneuvers, war games, field exercises, or similar types of operations during which:

1. The individual is subsisted in a Government mess or with an organization drawing field rations, and is provided Government quarters or is quartered in accommodations normally associated with field exercises, or *NOTE: Everything ordinarily covered by per diem is furnished without charge, except that members are required to pay for rations at the discounted meal rate (basic meal rate.).*

2. Students are participating in survival training, forage for subsistence, and improvise shelter. *NOTE: Individuals furnished quarters and subsistence obtained by contract are performing field duty when so declared by a competent official.*

FIRST-CLASS. The highest travel and accommodations available – See JFTR, par. U3125-B2a and/or JTR, par. C2204-B2a for first-class transportation authority.

FOREIGN AIR CARRIER. An air carrier that does not hold a certificate issued by the United States under 49 USC §41102.

FOREIGN AREA AND FOREIGN COUNTRY. Any area or country outside the 50 States, District of Columbia, the Commonwealths of Puerto Rico and the Northern Mariana Islands, Guam, and U.S. territories and possessions.

FOREIGN SERVICE OF THE UNITED STATES. The Foreign Service as constituted under the Foreign Service Act of 1980.

FORMER CANAL ZONE AREA. Areas and installations in the Republic of Panama made available to the U.S. under the Panama Canal Treaty of 1977 and related agreements as described in section 3(a) of the Panama Canal Act of 1979.

FUND-APPROVING OFFICIAL. One who provides the accounting data for authorized/approved travel authorizations or amendments.





GEOGRAPHICAL LOCALITY. The contiguous political area of a single country or a related island group in the same region.

*NOTE 1: Widely dispersed noncontiguous subdivisions of the same country are separate geographical localities. For example: the United Kingdom (including England, Wales, Scotland, and Northern Ireland) is a geographical locality and Ireland (Republic of) is a separate geographical locality; France and Germany are separate geographical localities; Portugal and the Azores are separate geographical localities; the Philippine Islands are the same geographical locality. Japan, including its separate island components, with the exception of the Ryukyu Island, is a single geographical locality. The Ryukyu Islands (including Okinawa) are a separate geographical locality. With regard to the United States, CONUS is a single geographical locality, but the states of Hawai'i and Alaska, and each United States territory or possession, are separate geographical localities.*

*NOTE 2: When the term "overseas area" or "OCONUS area" is used, it relates to more than one geographical locality and may include a continent, or the area comprising command jurisdiction, or the entire OCONUS area.*

GOVERNMENT. The Government of the United States and the Government of the District of Columbia.

GOVERNMENT ADMINISTRATIVE RATE SUPPLEMENT (GARS). A reimbursable expense charged by rental car companies for costs incurred unique to doing business with the U.S. Government.

GOVERNMENT AIRCRAFT. Any aircraft owned, leased, chartered or rented and operated by an executive agency.

GOVERNMENT-CONTRACT RENTAL AUTOMOBILE. An automobile obtained for short-term use from a commercial firm under the provisions of an appropriate GSA Federal Supply Schedule contract.

GOVERNMENT-SPONSORED CONTRACTOR-ISSUED INDIVIDUALLY BILLED CHARGE CARD. A charge card used by authorized individuals to pay for official travel and transportation related expenses for which the card contractor bills the employee.

GOVERNMENT-CONTROLLED QUARTERS. Quarters (other than Government or privatized quarters) under the jurisdiction of a uniformed service (e.g., Ministry of Defense (MOD) leased quarters that the Government controls occupancy).

GOVERNMENT CONVEYANCE. Equipment owned, leased, or chartered, for transportation on land, water, or in the air, expressly for Government use. This includes aircraft on loan to or owned by an Aero Club and AMC categories B and M air travel.

GOVERNMENT DINING FACILITY/GOVERNMENT MESS. A generic term used in lieu of Government mess, general mess, dining hall dining activity, mess hall, galley, field kitchen, flight kitchen, or similar terms used to describe dining facilities funded by appropriated funds. (Excludes activities operated by non-appropriated fund instrumentalities such as an officer's mess, club, organized mess and all similar terms.) If used (See Appendix O, par. T4040-A2b. for information on "Government mess available.") by an employee includes:

1. A general or Service organizational mess, including messing facilities of a state-owned National Guard Camp; *NOTE: A mess established and operated primarily for enlisted member subsistence is not included for employees unless the mess is used by them.*

2. Marine Corps officers' field ration dining facility, an officers' wardroom mess, or warrant officers' and chief petty officers' mess afloat; or

3. Box lunches, in flight meals, or rations furnished by the Government on military aircraft.

# EXHIBIT G

# CHAPTER 3
## ANNEX 1

DEPARTMENT OF DEFENSE (DoD) - (COMPONENT)
STATEMENT OF UNDERSTANDING
GOVERNMENT TRAVEL CHARGE CARD PROGRAM

I certify that I have read the attached DoD government travel card policy and procedures. I understand that the government travel charge card program is designed to improve the management, efficiency, and control of government travel. I also understand that I am authorized to use the card only for those necessary and reasonable expenses incurred by me for official travel. I will abide by these instructions issued by the Department.

The above limitation on card usage also applies to automated teller machine (ATM) withdrawals. The amount of cash withdrawals may not exceed the cash limits established on the card. If my account is not delinquent and my travel orders authorize a larger advance, I can request an increase in the ATM limit through the Agency Program Coordinator (APC). I will, however, endeavor to charge expenses to the account wherever feasible rather than use cash withdrawals.

I understand the Department's policy requires mandatory use of split disbursement for all outstanding charges on the travel card for military personnel and civilian personnel where labor bargaining obligations have been met.

I understand that the issuance of this charge card to me is an extension of the employee/employer relationship and that I am being specifically directed to:

- Abide by all rules and regulations with respect to the charge card. _______
- Use the charge card only for official travel. _______
- Pay all charges upon receipt of the monthly billing statement through prompt filing of travel vouchers and election of split disbursement. _______
- Notify the APC of any problems with respect to my usage of the charge card. _______
- Notify the card contractor and the APC if my charge card is lost or stolen. _______

(Card applicants must initial all the above provisions.)

I also understand that failure on my part to abide by these rules or otherwise misuse the card may result in disciplinary action being taken against me. I also acknowledge the right of the travel card contractor and/or the APC to revoke or suspend my travel card privileges if I fail to abide by the terms of this agreement or the cardholder agreement with the travel card contractor.

| | |
|---|---|
| (Applicant's Signature) | (Supervisor's Signature) |
| (Applicant's Printed Name) | (Supervisor's Printed Name) |
| (Applicant's Series/Grade/Title) | (Supervisor's Series/Grade/Title) |



GOV 813