# CERTIFICATE OF SERVICE

JONATHAN J. BART, ESQUIRE, hereby certifies that he did cause a copy of the foregoing pleading to be served on the following per electronic filing instructions:

CARRIE A. DUNSMORE, ESQUIRE
Department of Justice, Civil Division
1100 "L" Street, N.W., 8th Floor
Washington, DC 20530

Date: January 28, 2008

/s/ Jonathan J. Bart
Jonathan J. Bart, Esquire