# In the United States Court of Federal Claims

**No. 07-145 C**

**STOUT ROAD ASSOCIATES, INC.**
**t/a Hilton Philadelphia City Avenue**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed March 14, 2008, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

John S. Buckley
Acting Clerk of Court

March 17, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.